Mohammad Najafpir
Pro Se
869 California dr.
Burlingame, Ca 94010
650-340-0492
mnajafi@aasmogtetst.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Mohammad Najafpir**, <br><br>      Plaintiff, <br><br>  v. <br><br>**Wells Fargo Bank**, N.A. <br><br>    AND <br><br>**Ryan Dang,** <br>**Nancy Walker,** <br>**Timothy Gatto,** <br>And DOES 4 through 20, inclusive <br><br>    Defendants. | **Case No.: 4:24-CV-03372-YGR** <br><br> **PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES:** <br><br> 1. **EQUAL CREDIT OPPORTUNITY ACT VIOLATION (ECOA),** <br> 2. **FRAUD,** <br><br><br> **UNLIMITED CIVIL CASE: AMOUNT DEMANDED EXCEEDS $25,000.** |

Plaintiff Mohammad Najafpir ("Plaintiff") proceeding *pro se*, brings this Second Amended Complaint against Defendant and alleges as follows:

### I.  INTRODUCTION

1. This is a civil action against Wells Fargo Bank, N.A. ("Wells Fargo" or "Defendant") for engaging in unlawful and discriminatory lending practices in violation of the Equal Credit

PLAINTIFF'S SECOND AMENDED COMPLAINT

Opportunity Act (ECOA), and committing fraud.

2. The factual allegations in this Complaint describe how Defendant, despite Plaintiff's strong financial qualifications, repeatedly obstructed and ultimately denied him access to fair credit terms, resulting in financial harm, emotional distress, and disparate treatment in violation of federal law.

## II. JURISDICTION AND VENUE

3. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331, as this action involves federal questions under the ECOA (15 U.S.C. § 1691 et seq.). Supplemental jurisdiction over state claims is invoked pursuant to 28 U.S.C. § 1367.

4. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because the events giving rise to the claims occurred in this district. The parties previously stipulated, and the Court confirmed, that venue remains proper in the Oakland Division.

## III.  PARTIES

5. Plaintiff Mohammad Najafpir is an individual residing in the State of California and the owner of the subject property referenced throughout this Complaint.

Defendant Wells Fargo Bank, N.A., . is a national banking association doing business in California and was the lender in Plaintiff's mortgage and attempted refinance.

PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendants Ryan Dang, Nancy Walker, and Timothy Gatto were, at all relevant times, employees and agents of Wells Fargo Bank, N.A., and are included in this Complaint solely in their official capacities as representatives of the bank, not in their personal capacities. Pursuant to Federal Rule of Civil Procedure 4(e)(2)(C), service on the employer suffices for employees acting within the scope of their employment. These individuals participated in the conduct alleged herein as part of their official duties for Wells Fargo. Plaintiff includes DOES 4 through 20 in this Complaint, whose identities are unknown and will amend this Complaint once discovered.

## IV.  GENERAL ALLEGATIONS:

6.  At all times material to this Complaint:

Plaintiff, MOHAMMAD NAJAFPIR (hereinafter referred to as "Plaintiff"), resides and conducts business in San Mateo County, California and is an Iranian-American and of Islamic religion.

7.  Wells Fargo is and has been a "creditor" within the meaning of section 702(e) of the Equal Credit Opportunity Act (ECOA), 15 U.S.C. § 1691a(e), and has engaged in "credit transactions" within the meaning of the Act. Accordingly, Wells Fargo is subject to federal fair lending laws, including ECOA and its implementing regulation, Regulation B of the Consumer Financial Protection Bureau, 12 C.F.R. § 1002.1, et seq. ECOA prohibits creditors from discriminating against any applicant, with respect to any aspect of a credit transaction, on the basis of race, national origin, and other protected characteristics.

PLAINTIFF'S SECOND AMENDED COMPLAINT

**FACTUAL ALLEGATIONS:**

8.  On or around December 2017, Plaintiff, a longtime resident and business owner of San Mateo County, is an Iranian-American, and therefore a member of a protected class under the Equal Credit Opportunity Act (ECOA), which prohibits credit discrimination on the basis of national origin, applied for a Home Mortgage Loan (hereinafter referred to as "Loan") Through Wells Fargo Bank (hereinafter referred to as the "Bank").  Plaintiff at the time was a long-time business and personal customer of the Bank with a Credit Score of 750 and no outstanding debts or bankruptcy.

9.  Plaintiff was Pre-Approved for the Loan in the amount of $644,000.00 for the Estimated Sale price of $900,000.00 and Interest Rate of 4.00% by a Senior Mortgage Loan Specialist named Ryan Dang, working from a local branch of the Bank.  Plaintiff eventually found a property in Placerville California with purchase price of $850,000.00 on June 26, 2019, and the Bank started the Loan process and issued a Loan Estimate for the Plaintiff on 7/16/2019, a Conventional/Single Family Home in the amount of $625,000.00, at 3.625% interest as mortgage rates had substantially dropped from the Pre-Approval date to the Loan Estimate date, on a 30-Year/ Fixed Rate Loan.  [See Exhibit A]
On 7/23/2019, a new Loan Estimate was issued confirming the Loan Amount and the Interest Rate but $200 more in Closing Cost amount.

10. On or about July 28, 2019, Plaintiff's real estate agent contacted the Bank inquiring about the Loan taking an unusually long time to finalize as the Contingency period with the Seller was ending in a few days and couldn't be extended anymore.  Bank responded through Ryan Dang by saying that they **were not able to approve the Loan unless the interest rate increased to 4.5% from 3.625%** and the excuse was that the breakroom in the workshop had a kitchenette

4

PLAINTIFF'S SECOND AMENDED COMPLAINT

in it and that made the property a "multi-family" and hence the higher rate.

Bank did not accept the answer that the kitchenette was nothing new and that the bank was fully aware of what property had, based on the MLS listing for at least 40 days. Ryan Dang was informed of the property address, he looked at the detailed MLS listing and on the next phone conversation with the Plaintiff, complimented the Plaintiff on how nice the property was. He mentioned nothing about the kitchenette or how it might change the terms of the loan.

11. Plaintiff asked the Loan Specialist, Ryan Dang, if Plaintiff could increase the down payment to reduce the interest rate. The answer was "no" as Mr. Dang explained to the Plaintiff that "…higher down payment will lower the amount of the loan to below $595,000.00 which places the Loan in a non-conforming conventional bracket making it hard for the Wells Fargo to sell it to Freddie Mac/Fannie Mae because investors didn't like those types of loans…". At this point the Loan specialist strongly advised the Plaintiff against increasing the Down Payment for the best rate and stated "…this is the best Wells Fargo can do for you, you can take it or try some other lenders…". (see section 10 above)

12. Given that the contingency period was closing in a few days, Plaintiff unwillingly and reluctantly agreed to the new 4.5% rate. The next day, Loan Agent called and requested number of additional documents that Plaintiff's realtor and other consulted realtors had never heard of or thought was not any of the Bank's business. There was no reason for the bank not requesting the additional documents while we were waiting about two weeks for the appraiser to provide the appraisal report.

13. Requested documents were provided anyway and the Loan was closed under the terms of a Single Family/ primary Residence /Conventional. Plaintiff is not aware of the Loan being

5

PLAINTIFF'S SECOND AMENDED COMPLAINT

anything else other than what was described and there's no mention of any other type of loan such as Multi-family Loan, being used in any of the documents provided by the Bank to the Plaintiff. (see exhibit L1, Commitment Letter dated August 6, 2019) and the purchase of the home was completed on or about August 6th 2019.

14. Loan Specialist, Ryan Dang congratulated the Plaintiff and assured him that should the Mortgage Loan Rates go lower, he was going to contact the Plaintiff for re-financing.

15. Starting about a month after the close of the escrow, Plaintiff started receiving a torrent of offers from other lenders guaranteeing lower rates than what the Plaintiff was paying to the Bank.

16. About eight months later and with the start of the coronavirus pandemic causing the Mortgage rates to drop to near 3.0% and lower, Plaintiff contacted Loan Agent, Ryan Dang on February 10, 2020 and received a reply on February 19, 2020 (see exhibits D1, D6, D7). Mr. Dang refused to answer his phone, voice messages, texts, and emails until April 7, 2020. Finally, Mr. Ryan Dang contacted the Plaintiff by Text message, some 60 days later, on April 7, 2020 (see exhibits D2) and later informed the Plaintiff by phone that "Customer Service asked me to call you. I'll text you as soon as I get a chance".

17. Mr. Dang on April 14, 2020, informed the Plaintiff by Text (see exhibit D4) that "Unfortunately there is nothing we can do to help you at the moment because we are not doing any interior/ full appraisal at the moment, so we will have to wait until there is an appraisal product that is acceptable for your specific situation". Not understanding what he meant by that, after all this was a refinance inquiry with the same Lender and not a first-time mortgage application, Plaintiff contacted the Bank's customer service and was assigned a new Loan Agent named Nancy Walker.

PLAINTIFF'S SECOND AMENDED COMPLAINT

18. Ms. Walker after reviewing the file stated that the original Loan should've been at 3.6% interest rate, not 4.5%. "Why did they charge you 4.5%?" She asked the Plaintiff. Plaintiff answered, "because Mr. Dang said the workshop's breakroom had a kitchenette in it". "I know what the property has and what it doesn't, I'm looking at your file, this is still a single family/primary residence conventional Loan. I can re-finance this at about 3.2% if you could lower the Loan amount to $567,000.00". This is what Mr. Dang had strongly advised the Plaintiff against during the increase in the interest rate from 3.6% to 4.5% arguments 8 months earlier. Plaintiff made a $25,000.00 payment towards the Loan and decreased the Loan amount to $561,000.00 (See Exhibit B15).
Ms. Walker took the re-financing application on the phone on June 19, 2020 (See Exhibit C1, page-2) and emailed the Plaintiff Approximate Loan Cost Illustration (hereinafter referred to as "ALCI") and a link to the Bank's Loan-tracker website to upload the requested documents.

19. Plaintiff contacted two different Lenders and asked if all the documents requested by the original lender were normal or not. Plaintiff was informed that "most lenders especially banks don't request the same number of documents as they did for their own first loans, if any, especially for their long-time good customers, and that Banks usually offer lower rates than their official rates for their longtime customers in good standing as well".

20. Plaintiff uploaded the requested documents with the exception of signing the Intend-to-Proceed form because the Loan Estimate was missing, so the Plaintiff did not know what he was proceeding on.

21. Meanwhile, Plaintiff contacted Mr. Dang and informed him that not only the re-financing at 3.2% rate is available but the original loan should've been at 3.6%, not 4.5%. Mr. Dang stated that Ms. Walker did not know what she was doing and that he was going to call her

7

PLAINTIFF'S SECOND AMENDED COMPLAINT

because the best rate the Bank could offer me at the time was "may be 4.45%"!!

22. After this conversation with Mr. Dang, Ms. Walker completely changed. She was not answering her phone, not returning messages and not responding to emails anymore instead she had uploaded torrent of additional requested documents to the Bank's Loantracker site. Plaintiff contacted Ms. Walker by email on June 23, 2020 (See Exhibit B1) and asked her to reduce the amount of new documents requested because their number was exceeding the documents requested for the original loan.

For instance, she was requesting Bank statements of all Accounts when all of Plaintiffs accounts were and are with Wells Fargo Bank. She requested 2-years of tax returns when 2019 tax returns had not been filed yet due to the pandemic. So, all the tax returns in possession of the Bank at the time, from the 1st mortgage application, were the latest ones available.

23. Ms. Walker never responded. Plaintiff uploaded the documents anyway with exception of signing the Intend-to-Proceed form because again the Loan Estimate was the only thing missing and the Plaintiff did not want to sign and pay the fees not knowing what the rate, closing costs, etc. was going to be. Several requests by the Plaintiff asking for the final Loan-Estimate to be uploaded went unanswered.

24. Plaintiff logged into the LoanTracker site to see if any changes have occurred and noticed the application was deactivated. Plaintiff finally got hold of Ms. Walker through Customer Service and informed her of the unexpected deactivation then asked her to re-activate the application. She said it was going to take several days to do that because the management had to approve it.

25. On July 14th, 2020, Plaintiff received a letter from Ms. Walker dated July 7th, 2020 (See

8

PLAINTIFF'S SECOND AMENDED COMPLAINT

Exhibit B2, B3, B4) informing the Plaintiff that the application has been closed as per Plaintiff's request!

26. On July 10, 2020 Ms. Walker emailed the Plaintiff a new Loan Estimate and uploaded one into the Loantracker as an official Loan Estimate. (See Exhibit L1) The new uploaded ALCI was substantially higher in rate and fees than the one sent earlier by email July 10, 2020 and the one right after the application was taken.  For instance, the interest rate had gone up to 3.35%, the origination had gone up to $2019 from $647 and 0.125 in points or an additional $709.00.

In a series of email exchanges between Ms. Walker and the Plaintiff (See Exhibit B5-B14), Ms. Walker evaded the issue and did not honor the original ALCI.  She reduced the interest rate back to 3.25% but had left the origination charges and the $709 in points intact.

27. On July 16, 2020 Ms. Walker in an email to the Plaintiff recommended to close the application and start a new one as that was the only way she could get the Plaintiff better rates and fees (See Exhibit B12).  A phone call appointment was set up for the next day July 17, 2020 at 9:00 AM pacific time or 12 PM Ms. Walker time.  Ms. Walker never called and claimed she did not see the "AM" in the email and thought that was "PM" which was very late for her (see exhibits B13 & B14).

On July 17, 2020 Ms. Walker finally called at 4PM pacific time and said "time is up, time is up".  Plaintiff disagreed by saying that, …"3 days still remaining…".  Ms. Walker thought a bit and acknowledged that the time was not up.

28. Plaintiff requested to speak with Ms. Walker's supervisor.  He was connected to Timothy Gatto.  Mr. Gatto called the Plaintiff on July 20th and said "hey, what can I do for you?" on a recorded line.  Plaintiff explained the situation and Mr. Gatto agreed to generate a new Loan

PLAINTIFF'S SECOND AMENDED COMPLAINT

Estimate after receiving the Ms. Walker's Loan Estimate.   The difference between Mr. Gatto's Loan Estimate and that of Ms. Walker's was that the 0.125 point charge of $709.00 had been removed but the Origination Charges had increased by about $1400.00 than Ms. Walker's original Estimate and $120 more than her last Estimate.

Mr. Gatto also stated in his email to the Plaintiff: "…if you want to shop around with other lenders, I completely understand…" (See Exhibits G1, G2, G3)

29. Plaintiff objected to the pre-mature closure of the application when all documents had been submitted with exception of the Intent-to-Proceed form due to Ms. Walker failing to honor her original ALCI because of interference by Mr. Ryan Dang and his associates at the management level.  Nobody else can drastically change the behavior of a Loan agent in such a short period of time and right after the involvement of Ryan Dang.  Ms. Walker did not just change the terms, rates and fees, she changed service-wise as well.

30. Plaintiff complained about this unfair dealing with the Customer Service.

The first Resolution Specialist named Ali Mohammed (See Exhibit C1) responded with a letter dated July 20, 2020 acknowledged that the Loan was closed as Single-Family Home, that the Home was listed as a Single-Family Home and that the "Conventional Loan cannot be originated when the subject has 2 standalone homes with an ADU (Accessory Dwelling Unit, again this is a break-room for the utility-shop that are internally connected) despite the fact that the Loan was and is a Conventional Loan (see exhibit A2 Closing Disclosure) and despite the fact that the so-called "2nd standalone home" is actually a granny unit that does not exceed 1200sf and is allowed under El Dorado County building codes without changing the status of the Single Family Home to a multi-family category.  Additionally, this point was well-understood by the original Loan consultant, Ryan Dang and his underwriters.

PLAINTIFF'S SECOND AMENDED COMPLAINT

31. Resolution Specialist was understood by the Plaintiff as saying that the original loan was not a Conventional Loan, and hence the much higher interest rate, but rather a different type of Loan undisclosed and unknown to the Plaintiff.

32. Resolution Specialist, Ali Mohammed, did address the re-financing issues so the plaintiff requested review of the re-financing issues and Case Specialist named Nilda Munoz responded with a letter dated August 7, 2020.

She stated in part (see exhibit C2, 2nd paragraph): "…we have to meet requirements under lending and investors guideline…"  She went on to explain why Plaintiff was not able to get the 3.0% official advertised rate on the Banks website and instead getting 3.25% by saying that those rates must meet specific qualification such as: "…credit score, loan-to-value ratio, debt-to-income ratio…"  She also mentioned that the reason for rates fluctuated during the re-financing was because it was not locked.

33. Plaintiff never received the Loan Estimate uploaded to his LoanTracker page and as a result he could not sign the Intend-to-Proceed form to lock the rate, due to Loan Consultant Nancy Walker not responding (see exhibits C8, C9).

34. Plaintiff had a credit score of 810 and had not missed any payment even during the early months of the pandemic and the credit report obtained by the Bank would've clearly shown that the Plaintiff 's debt-free status  had not changed since the original first mortgage.  If the Plaintiff did not qualify for the advertised interest rate it was not clear who did.

35. Ms. Munoz stated that Loan Estimates (LE) are only estimates and the final rates and fees will not be known until the Underwriters issue the Closing Disclosures.  This is true for issuing the first mortgage Loan, not re-financing as Ms. Walker was fully aware of the details of the property and the original Loan when she estimated the re-financing Loan at 3.25%.  She

11

PLAINTIFF'S SECOND AMENDED COMPLAINT

believed that was the Bank's Conventional interest rate for a Single-Family Home.  None of the Loan papers from the Bank indicate anything about Plaintiff having a Loan other than Conventional Loan for Single-Family Home, primary Resident.  Why would she estimate the interest at 3.25% if she knew Underwriters were going to increase it by a substantial amount? She, and underwriters, had all the facts from the original Loan in front of her.

The time from the original mortgage to the re-financing was less than 8 months.  if there were any changes to the status of the property, the Bank as a first mortgage holder would've been notified either by the Title company, City Planning, insurance company or others.

36. A third Case Specialist named Nicolas Martindale responded by a letter dated August 11, 2020 (see exhibit C3).  Although Mr. Martindale acknowledged on the phone that Plaintiff was overcharged but basically repeated what the previous Case Specialists had already mentioned as if he was complying with the same internal memo about this subject, that "…we are required to meet all investors requirements to ensure each loan is saleable…", that "…documents expire and need to be updated…"( but did not give any examples), but requesting bank statements for all accounts was unnecessary and redundant because Plaintiff's bank accounts were, and still are, all with the same Bank.  Tax returns for the previous 2 years don't expire, and the Bank was already in possession of them, just to name a few.   Defendant later acknowledged that the Bank Statements requests among other documents were unnecessary and dropped those requests.

37. Mr. Martindale also repeated the same erroneous claim as previous Specialists that requested documents were not provided on a timely manner when in fact all requested documents were uploaded as they were available from the original Mortgage Loan process and the only document not uploaded yet was the Intend-to-Proceed which Plaintiff could not sign due to

PLAINTIFF'S SECOND AMENDED COMPLAINT

changes in the rates and fees that were substantially higher than what was originally estimated by Ms. Walker prior to the involvement of Mr. Dang, including the interest rate.  When they finally honored the estimated interest rate, bank increased the other fees and charges to offset the lower rate provided.

38. Unsatisfied with the Bank's unwillingness to accept any responsibility or to try to accommodate the Plaintiff such as offering to take another application for re-financing and expedite it through the process or offer any credit for the unjustified 4.5% interest on the original Loan instead of 3.625%, Plaintiff filed a complaint with Consumer Financial Protection Bureau (hereinafter referred to as "CFPB") on August 21, 2020 (see exhibit F1).

39. Gregory Gill responded by a letter dated October 02, 2020 (see exhibit C4 and exhibit F1, page5).  He went even further in Banks exaggeration, erroneous claims and accusations by saying that "Your application was cancelled on July 7, 2020, as we did not receive **any** (emphasis added) of the required documents from you" (see exhibit C4, 3rd paragraph and exhibit F1, page 5) when in truth the only requested document remaining was the Intend-to-Proceed, caused by bank increasing the rates and fees and by playing with the numbers just to waste time and then pre-maturely closing the application several days before the 30-day legal time-limit .

40. Plaintiff was poised to save $500.00 per month in his monthly mortgage payments.  He did not have any interest in starting the re-finance application from the scratch, submit all requested documents and then abandoned it!  The timeline of the emails alone shows that the Plaintiff was never behind in fulfilling his obligations and it was Ms. Walker who disappeared for almost 2 weeks and had to be located by customer service.

Mr. Gregory Gill, just like the previous Case Specialists, stated that he could not find any

PLAINTIFF'S SECOND AMENDED COMPLAINT

error in processing my re-finance application and denied any wrongdoing.  Well, He also could not find any of the requested Documents that were uploaded either.

41. Shortly after the original financing by the Bank, Plaintiff start receiving torrent of home financing offers by other lender to the tune of 2 or 3 per week offering to refinance the loan with Wells Fargo at a "guaranteed" much lower rate.  Plaintiff thought they must be bait-and-switch or false advertising.  On or about late September of 2021 Plaintiff decided to give one of them a shot and contacted Network Capital.

Plaintiff was able to re-finance the loan on October 24, 2021 through a 3rd party lender, Network Capital, with the interest rate of 2.8% for a Residential Single-Family Home, the very type of loan that the Defendants repeatedly claimed property did not qualify for.

Network Capital lender did not find any issues about the features of the property and re-financed the Defendant's Mortgage in less than 3 days and finalized it about 3 weeks, and most of this time was used waiting for the busy appraiser, provided a short list of required documents and aggressively pushing the application forward making it unnecessary to shop around.

Much to Plaintiff's astonishment, the second appraiser and lender didn't mention anything about the kitchenette inside the utility shop as if it was irrelevant to what they were doing much less placing the loan process on hold and then reluctantly proceed after raising the mortgage rate by almost one percent like the Defendants did.

Plaintiff who was present at the property even asked the 2nd appraiser if he wanted to see the utility building or what was inside of it (kitchenette), and his response was, "…no, utility buildings and what's inside of them have very little impact on the value of the property so we just ignore them…".

PLAINTIFF'S SECOND AMENDED COMPLAINT

The Loan has since been sold to two different Lenders, Network Capital and currently Regions and neither one has raised any issues about the Loan or the type of property.

On or about December 22, 2021 AmeriHome sold the mortgage to Freddie Mac the very same entity that Bank's Loan Specialist Ryan Dang had claimed wouldn't be interested in loans with lower interest rates or higher downpayments.  (see Exhibits Q1)

42. From January 2022 to about April of 2022 Plaintiff tried to resolve the discrepancies with Wells Fargo's customer service but nobody was willing to admit anything. In June 2022 the plaintiff served the defendants with a copy of the unfiled Complaint. Defendant's attorneys, Ryan Kahn and Jasmine Gardner, responded by email and then through phone conversations requesting more information and details for about 2 months without raising any Statue of limitations issue.  Then through emails they requested at least two extensions and finally responded 6-months later in December of 2022 offering $5000 to $10,000.

43. Meanwhile on 12/2022 due to storms and power outages Plaintiff's computer hard drive crashed making the Plaintiff unable to access the documents and the copy of the Complaint. Plaintiff contacted the attorneys and asked for the copy of the Complaint but neither one responded, keeping the Plaintiff waiting for several month.  Plaintiff re-drafted the Complaint and filed it in San Mateo County California on March 2024 after realizing the attorneys were not interested in further discussion without notifying the Plaintiff of their decision.

PLAINTIFF'S SECOND AMENDED COMPLAINT

44. Although Plaintiff filed a CFPB complaint in 2020 expressing concern over potential discrimination and unfair treatment, Plaintiff did not possess the necessary facts to support a legal claim at that time. It was only upon successfully refinancing through a third-party lender in December 2021 — without issue or reference to the supposed "kitchen in a utility structure" that Plaintiff discovered Wells Fargo's stated basis for denial and inflated interest rate was false and pretextual. That event revealed the true nature and impact of Wells Fargo's misrepresentations and provided the factual foundation for ECOA violation.

45. Prior to that refinance, Plaintiff had no way of confirming that the reasons provided by Wells Fargo were untrue. Plaintiff knew the reasons were being manufactured on the spot and complained about them to the management of the bank but every one of them repeated the same false reason given by the underwriters. It was the 3rd party lender, Network Capital financing, that revealed the depth of the fraud.  As such, the claim could not have reasonably been discovered earlier.

46. Under both federal and California law, actual discovery — or when a *reasonable person* would have discovered the facts constituting the violation — is the trigger.

*"It is not enough that a plaintiff suspects wrongdoing; rather, the plaintiff must have reason to suspect a factual basis for their legal claims."*

— *Fox v. Ethicon Endo-Surgery, Inc.*, 35 Cal.4th 797, 807 (2005)

### FIRST CAUSE OF ACTION

EQUAL CREDIT OPPORTUNITY ACT VIOLATION (ECOA)

(Against All Defendants)

(15 U.S.C. § 1691 et seq.)

16

PLAINTIFF'S SECOND AMENDED COMPLAINT

This claim arises under federal law and is properly before the court under 28 U.S.C. § 1331." Plaintiff incorporates by reference paragraphs 1 through 46, inclusive, against all Defendants and makes them a part of this cause of action, as though fully set forth herein

Plaintiff's property included a legally permitted 1,200 square foot guest house (accessory dwelling unit or "ADU"), which, under El Dorado County regulations, does not alter the property's classification as residential. Wells Fargo's underwriters had, or should have had, access to this information throughout the loan process. Nevertheless, Wells Fargo representatives — including underwriters and supervisors — repeatedly invoked the presence of "multiple units" as a basis for increasing Plaintiff's mortgage rate. This narrative contradicted the facts and ignored governing county standards. Plaintiff expressed concern about this manufactured justification to multiple Wells Fargo supervisors, but the same excuse was consistently repeated, as reflected in Exhibit C1. Only after refinancing with a third-party lender—who issued a 2.8% mortgage rate without raising any objections to the ADU—did Plaintiff obtain the independent verification that Wells Fargo's reasoning had been arbitrary and biased. Plaintiff's own real estate agent and multiple other local realtors also expressed disbelief that the ADU was being used to justify a higher rate, noting they had not encountered such treatment for other borrowers. These facts support Plaintiff's allegation that Wells Fargo treated him differently from similarly situated applicants based on improper criteria, in violation of ECOA.

47. This claim arises under federal law and is properly before the court under 28 U.S.C. § 1331." Plaintiff incorporates by reference paragraphs 1 through 46, inclusive, against all Defendants and makes them a part of this cause of action, as though fully set forth herein

PLAINTIFF'S SECOND AMENDED COMPLAINT

- **Plaintiff is a member of a protected class** based on his Iranian-American nationality and religion of Islam evident from his first and last name as well as being a well-known person internationally for those attributes whether it's explicitly acknowledged or not.

- Plaintiff was a Loan applicant and fully qualified for financing and refinancing, with strong credit, equity, and documentations. Defendant is a national mortgage lender and issued the loan (Wells Fargo Loan number 0513770099);

- Defendants discriminated against the Plaintiff in nearly all aspect of the Loan and subsequent refinancing of the same Loan as follows:

- Plaintiff was issued a Conventional loan in the final Closing Disclosure because property qualified for it (see Exhibit A1) but was still charged a much higher rate for a different type of unknown loan, (see exhibit C1),

- Defendant Ryan Dang strongly advised the Plaintiff in a very deceptive way not to increase the downpayment to lower the increased mortgage rate because that would've put the loan in a different category not desired by the investors,

- Refinancing defendant, Nancy Walker, months later advised the Plaintiff to make an additional $25,000 deposit to reduce the amount of the loan for a much better rate contradicting the other defendant Ryan Dang mentioned above; (Exhibit B15);

- Supervisors at the bank maintained the same manufactured line of reasoning, in writing, as the underwriters until they were all proven wrong by a 3rd party lender,

- Plaintiff filed a complaint with CFPB, and the defendants responded by repeating the same manufactured reasoning again without any changes as if they were all reading the same memo attached to the Plaintiff's file at the bank;

- Plaintiff was repeatedly discouraged from applying for refinancing,

PLAINTIFF'S SECOND AMENDED COMPLAINT

- Ryan Dang refused to take the application, saying Wells Fargo "couldn't help" and advising Plaintiff not to apply because bank did not have any product for the Plaintiff's needs,

- Nancy Walker acknowledged that the loan was conventional and shouldn't have been increased to 4.5% for any reason,

- Nancy Walker later accepted the application and then abruptly closed the application twice in 30 days without any valid reason after defendant Ryan Dang heard about it and got involved,

- Bank sent the Plaintiff two different letters stating two different reasons for the closing of the refinance application (see Exhibits B2 and B3),

- Timothy Gatto refused to issue an official Loan Estimate and told Plaintiff to "shop around," effectively denying access to credit.

- Defendants were served with unfiled copy of the complaint but two of their attorneys denied any wrongdoing and offered $5000 in settlement and then vanished,

48. ECOA prohibits creditors from discouraging applications based on race or national origin, even before an application is formally submitted (12 C.F.R. § 1002.4(b), § 1002.9).

Wells Fargo's conduct — repeated discouragement, closing of applications, and refusal to offer fair terms — demonstrates a pattern of treatment not explained by neutral, legitimate business reasons.

Discriminatory treatment need not be openly stated; inference can be drawn from the differential treatment, pretextual excuses, and deviation from standard practices (see Miller v. Countrywide Bank, NA, 571 F. Supp. 2d 251, 258 (D. Mass. 2008)).

PLAINTIFF'S SECOND AMENDED COMPLAINT

**Disparate Treatment: Discriminatory Intent and Motive**

49. Wells Fargo treated Plaintiff less favorably than similarly situated applicants outside the protected class, without offering consistent, objective justifications — suggesting the true basis for this conduct was Plaintiff's protected characteristic.  This was confirmed by the Plaintiff's realtor and other realtors, some of them friends and some of them customers of the Plaintiff, that in their years of working as realtors they've never seen a lender to arbitrarily change the legal classification of a property followed by a higher mortgage rate.  If the property is classified as Single-family Residential and the loan is issued as Conventional then so should be the corresponding mortgage rate.  Plaintiff was treated by the defendants differently than those outside of this protected class.  Plaintiff was a long time business and personal customer of the bank (over 15 years at the time and still is) and other banks would've given this type of customer a preferential treatment unless they knew the person and wanted to harm him due to his nationality and perceived superior religion.

**Disparate Impact:  Policy and practice**

50. Wells Fargo had a practice of applying heightened scrutiny to loan applications involving residential properties with legal Accessory Dwelling Units (ADUs) or guest houses— especially in minority or immigrant communities—despite local zoning laws that recognize such properties as single-family residences.

51. Plaintiff's experience aligns with federal investigations by the DOJ and OCC, which concluded that Wells Fargo disproportionately denied or delayed refinancing applications by minority borrowers and subjected them to higher rates through vague, opaque underwriting criteria.

PLAINTIFF'S SECOND AMENDED COMPLAINT

52. Plaintiff is a member of a protected class under ECOA — Iranian-American nationality and Islamic religion — and experienced materially worse treatment than similarly situated borrowers outside the class. Several licensed real estate professionals expressed surprise at Wells Fargo's stated rationale, citing no comparable treatment of other borrowers with similar properties.

53. As a consumer with no access to internal bank documents, Plaintiff can only identify these policies by their **external effects**, but believes discovery will confirm that these practices are implemented consistently across similarly situated minority applicants.

54. While Plaintiff does not yet have access to Wells Fargo's internal written policies, the bank's observable practices—including repeated references to fabricated 'multiple unit' classifications, arbitrary application closures, and inconsistent communication of rate terms—function as a **de facto policy** that disproportionately burdens borrowers of protected classes in violation of ECOA.

55. This practice resulted in inflated interest rates and unjustified denials or withdrawals of applications, without a consistent or objective underwriting justification.

56. In sharp contrast to Wells Fargo's confusing, shifting, and obstructive process, plaintiff's experience with the independent third-party lender (Network Capital) was direct, efficient, and professional. The list of required documents was short, clearly defined, and provided upfront. The loan was **approved** in less than three days and **finalized** in approximately **three weeks**, with the only delay being the limited availability of the appraiser. Communication was minimal but effective — limited to a few courteous emails or phone calls. The process was logical, punctual, prompt, and conducted with professionalism. This stark difference underscores how plaintiff was treated **differently and less favorably** by Wells Fargo, despite

PLAINTIFF'S SECOND AMENDED COMPLAINT

having the same financial profile and seeking a comparable loan product as other borrowers outside of the protected class.

57. Plaintiff's experience is not an isolated occurrence. In 2022, both the U.S. Department of Justice and the Office of the Comptroller of the Currency (OCC) published findings documenting longstanding and systemic patterns of discriminatory lending practices by Wells Fargo. According to these findings, Wells Fargo disproportionately denied or delayed refinancing applications from qualified minority borrowers and subjected them to higher interest rates and more burdensome loan terms compared to similarly situated white borrowers. While Plaintiff does not rely on these findings to prove liability in this action, the government reports demonstrate that the conduct alleged here is consistent with a broader pattern recognized by federal regulators. The consistency between Plaintiff's individual experience and these broader findings bolsters the plausibility of Plaintiff's claims under ECOA and supports the assertion that Wells Fargo's conduct was not the result of isolated error or mere oversight but aligned with known discriminatory patterns.

## SECOND CAUSE OF ACTION

FRAUD

(Against All Defendants)

Common Law Fraud / Intentional Misrepresentation

This is a state law claim for which the Court has supplemental jurisdiction under 28 U.S.C. § 1367

PLAINTIFF'S SECOND AMENDED COMPLAINT

Plaintiff incorporates by reference paragraphs 1 through 46, inclusive, against all Defendants and makes them a part of this cause of action, as though fully set forth herein

58. Defendant committed fraud by misrepresenting the facts on the Loan Disclosure forms. Defendants changed the crucial part of Loan Disclosure at the last moment to justify the substantial increase in the interest rate by orally labeling the Loan as "Multi-family dwelling" but in their written documents they maintained the true status of the property which was and is, Single-Family-Residential Conventional Loan and should've been no more than 3.625% at any give time.  This is why Nancy Walker looking at the file for initial Re-Financing stated that regardless of what property had or had not, the Loan is for a Single-Family-Residential Conventional property, but the interest rate was for something else.  She was sure she was able to reduce it to 3.2% range but Ryan Dang contacted her (he said he was going to) and asked her to maintain the undisclosed Multi-Unit rate causing her to become confused and eager to close the application as she wanted no part in this fraud.  See 1st cause of action above for more details examples of this misrepresentation with intend to defraud the plaintiff.

59. Plaintiff was induced to accept a higher initial rate (4.5%) based on Wells Fargo's misrepresentation of the property's classification and the promise — via Ryan Dang — of an easy refinancing in several months.

Underwriters knew that the property was not multi-unit and the proof is that they originated the original loan as Conventional but set the rate higher as something else which is still unknown to the Plaintiff, this way they could charge a lot more without disclosing it on the Closing Disclosure;

PLAINTIFF'S SECOND AMENDED COMPLAINT

When Plaintiff returned to refinance, Wells Fargo:

- Refused to proceed and gave a very elaborate long deceptive reason (Dang),

- Accepted documents then sabotaged the process (Walker),

- Abruptly closed the application without justification twice within 30 days

- Wells Fargo also misrepresented material loan terms:

- Final Closing Disclosure stated the loan was conventional, but Wells Fargo later claimed it was not. (Exhibits (A2, C1)

- No valid Loan Estimate was provided during the refinance attempt.

- Defendants supervisors repeated the same false and deceptive reasons when were contacted through CFPB,

- Defendants attorneys, prior to the court filing, defended this misrepresentation, offered small compensation and then vanished without notifying the Plaintiff causing the Statute of Limitation clock to run;

60. Fraud requires: (1) a false representation; (2) knowledge of falsity; (3) intent to induce reliance; (4) justifiable reliance; (5) resulting damages.

Plaintiff relied on Wells Fargo's repeated representations (verbal and written) when deciding not to seek other lenders initially and to deposit $25,000 toward principal for refinancing and not to increase the downpayment to reduce the mortgage rate among other advice,

PLAINTIFF'S SECOND AMENDED COMPLAINT

False or misleading information about loan type and post-closing classification amounts to misrepresentation of material facts.

61. Wells Fargo knowingly made false promises and representations regarding Plaintiff's loan terms and refinancing prospects, with the intent of inducing the Plaintiff to enter a disadvantageous loan and abandon other lending options.

**Conclusion:**

62. Plaintiff, a member of a protected class under the Equal Credit Opportunity Act, was in strong financial standing at the time of his mortgage application, with documented income, assets, and a solid credit profile. Despite being well-qualified, Plaintiff was subjected to materially different treatment than similarly situated borrowers outside of his protected class. This included unwarranted scrutiny of the subject property, inflated interest rates, and the arbitrary closure of loan applications—actions inconsistent with the bank's own stated practices and regulatory requirements.

The disparate treatment was compounded by fraudulent misrepresentations made by Wells Fargo representatives, who assured Plaintiff that he would qualify for refinancing at a better rate, only to later reverse course without legitimate explanation. Defendants, including agents Ryan Dang and Nancy Walker, made repeated and inconsistent representations regarding the reasons for denying or obstructing Plaintiff's refinancing efforts—ranging from unsupported concerns about the property to conflicting statements about documentation. These misrepresentations, some of which were contradicted in writing by other Wells Fargo employees, demonstrate an intent to deceive and a pattern of bad faith that goes beyond mere negligence.

PLAINTIFF'S SECOND AMENDED COMPLAINT

The misconduct described herein is consistent with findings by federal regulators, including the U.S. Department of Justice and the Office of the Comptroller of the Currency, which have documented discriminatory lending practices and adverse outcomes for minority borrowers at Wells Fargo. Plaintiff's experience reflects the real-world effect of internal policies or practices—whether formally documented or informally enforced—that result in discriminatory outcomes, satisfying both the disparate treatment and disparate impact theories under ECOA.

As a result of these actions, Plaintiff suffered tangible economic harm, loss of fair access to credit, and emotional distress. The defendants' conduct not only violated Plaintiff's rights under ECOA but also constituted common law fraud, executed through misstatements, omissions, and manipulative tactics during the lending process. These harms are precisely what ECOA and fraud protections were designed to prevent.

Accordingly, Plaintiff respectfully requests that these claims proceed to discovery so that the facts may be fully developed and the merits fairly adjudicated.

### Postscript: Clarifications for Accuracy and Preservation of the Record:

63. Plaintiff respectfully offers the following clarifications to address key omissions and misstatements in the Court's prior Order, which may affect factual and procedural interpretations:

   1. **Regarding Conflicting Reasons for Closing the Refinancing Application**

PLAINTIFF'S SECOND AMENDED COMPLAINT

The Court's Order cites a letter from Wells Fargo (Exhibit B2) stating that Plaintiff's application was closed "as per Plaintiff's request." However, this explanation is contradicted by two subsequent Wells Fargo letters (Exhibits B3 and B4) asserting the application was closed for failure to submit required documentation, specifically a signed Letter of Intent to Proceed. These inconsistencies are central to Plaintiff's fraud and ECOA claims and must be weighed as part of the overall discriminatory treatment and shifting justifications Wells Fargo employed.

**2.  Regarding Advance Notice of FAC to Defense Counsel**

Footnote 1 of the Order incorrectly states that Plaintiff filed the First Amended Complaint without notifying defense counsel. In fact, defense counsel Michaela Jones received a copy of the proposed FAC by email on March 18, 2025 —22 days prior to the court filing. She acknowledged receipt in writing on March 20, 2025 and raised no objection (Exhibit Q3). This was disclosed in Plaintiff's Opposition to Motion to Dismiss, page 10, lines 7–13, and should preclude any suggestion of procedural impropriety.

**3.  Regarding Loan Estimate and Intent to Proceed:**

The Court's Order (page 2, line 23) states that plaintiff "uploaded several requested documents but did not execute the required intent-to-proceed form." However, this assertion omits a critical and well-documented fact repeated in multiple filings: Wells Fargo, through loan officer Nancy Walker, repeatedly refused to provide an official Loan Estimate despite numerous email exchanges (Exhibits B10, B11). Without that estimate, plaintiff was unable to ascertain the actual terms he was expected to proceed on, especially given his prior experience with the original loan, where promised terms were altered at the last minute.

27

PLAINTIFF'S SECOND AMENDED COMPLAINT

There's also a fourth claim by one of the supervisors of the bank by the name of Gregory Gill who claimed in his letter that "Your application was cancelled on July 7, 2020, as we did not receive **any** (emphasis added) of the required documents from you" (see exhibit C4, 3rd paragraph).

The refusal to provide the Loan Estimate in writing — a violation of standard lending practices — deprived plaintiff of the ability to make an informed decision about the refinancing. Ms. Walker's refusal to memorialize the terms left the plaintiff vulnerable to the same last-minute manipulations he experienced previously.

By omitting this key fact, the Court appears to place the burden of the application closure on the plaintiff's failure to sign the Intent to Proceed — a defense narrative — without acknowledging the bank's role in creating an opaque and coercive environment. The record shows plaintiff's consistent willingness to proceed — contingent on receiving the very document that would clarify the terms of the loan.

### 4.  Regarding Alleged Abandonment of CFPB Complaint

The Court's Order (page 3, line 24) states that "plaintiff abandoned his CFPB application," suggesting that plaintiff willfully neglected to follow through on the administrative process. This mischaracterizes the timeline and misinterprets plaintiff's actions.

PLAINTIFF'S SECOND AMENDED COMPLAINT

As stated in multiple filings and reiterated during the June 3, 2025 Motion to Dismiss hearing, the Consumer Financial Protection Bureau (CFPB) used the term "feedback" in its correspondence to plaintiff after the Bank's response to my application (Exhibit F, last page). This term is commonly associated with satisfaction surveys — not with requests for formal replies or actions. Had the CFPB instead used a more direct phrase such as "please respond" or "provide additional information," plaintiff would have understood that further input was required.

As a result of this ambiguity, plaintiff believed the CFPB process had concluded. Months later, he contacted the CFPB and was informed that no further administrative remedies were available and that he should pursue civil litigation. Plaintiff then acted promptly by preparing and serving an unfiled complaint on Wells Fargo in an effort to resolve the matter without initiating formal proceedings — a step taken in good faith and based on guidance from attorneys familiar with such pre-litigation practices.

The Court's interpretation does not account for this ambiguity, plaintiff's reasonable reliance on CFPB's wording, or the affirmative next steps plaintiff undertook upon learning the process was concluded.

### 5. Regarding December 2021 Transfer of Loan to Freddie Mac

On page 3, line 26, the Court's Order states, "In December 2021, plaintiff alleges that AmeriHome sold that mortgage to Freddie Mac, which Dang had previously represented would be hard to do."

PLAINTIFF'S SECOND AMENDED COMPLAINT

While the use of "alleges" may be standard in some contexts, plaintiff respectfully clarifies that this statement is not a mere allegation but is supported by documentary evidence included as part of the exhibits to the complaint. Specifically, the sale of the loan to Freddie Mac is confirmed by (Exh. Q1, Q2). a letter issued by AmeriHome Mortgage notifying plaintiff of the transfer.

This letter directly contradicts Mr. Dang's prior claim that such a transfer would be difficult or unlikely if the Plaintiff increased his downpayment to reduce the interest rate — later defendant Walker asked the Plaintiff to do exactly that, increase the downpayment — further supporting plaintiff's claim that misrepresentations were made during the loan process.

## VI.  PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the following relief:

1. For compensatory damages in an amount of $93,744.90 in direct economic and emotional distress damages or according to proof at trial;

2. For interest in an amount of $18,092.40;

3. For punitive damages in an amount of $1,500,000 sufficient to punish the defendants who had agreed in their previous multiple court actions not to conduct business in this manner again and deter others from similar conduct;

4. Statutory damages under the ECOA;

5.  Equitable relief including declaratory relief;

6. Award Plaintiff the cost of this action;

7. Prejudgment and post judgment interest; and

PLAINTIFF'S SECOND AMENDED COMPLAINT

8. Grant such other and further relief as this court deems just and proper.

## VII.  DEMAND FOR JURY TRIAL

Plaintiff, Mohammad Najafpir, demands a trial by jury on all issues so triable in this matter.

Dated: July 21, 2025

Respectfully submitted,

By: _____

Mohammad Najafpir, Plaintiff

Pro Se

PLAINTIFF'S SECOND AMENDED COMPLAINT

# EXHIBITS:

1. Attached hereto as **Exhibit A** are true and correct copies of Loan Closing Disclosures:

   a) **A2** and **A3** reflect the increase in interest rate to 4.5% while the loan type remains conventional, as indicated in the upper right-hand corner.

   b) **A4** shows the original interest rate of 3.625%, the date, and the loan type that the underwriters initially approved for the Plaintiff.

2. Attached hereto as **Exhibit B** are true and correct copies of email exchanges between Plaintiff and Defendant Nancy Walker:

   a) **B1** contains an email in which Plaintiff expressed concern about repeated document requests, highlighting the last line.

   b) **B2** includes a termination letter from Defendant Walker, stating the reason as "As you requested," while subsequent exhibits provide different explanations.

   c) **B3** states the reason for termination as "because we did not receive the information we requested."

   d) **B4** notes the reason as "Credit application is not complete."

   e) **B5** shows Defendant Walker attempting to proceed without providing an Official Loan Estimate, instead using an "Approximate Loan Cost Illustration."

   f) **B6** includes Plaintiff's inquiry about changing numbers in loan estimates and the signed 4506-T form for tax return verification.

1

EXHIBITS

g)  **B7** is Defendant Walker's response to Plaintiff's objection over the phone regarding the sudden closure of the application.

h)  **B8** acknowledges missing information in the loan estimate sent to Plaintiff.

i)  **B9** and **B10** contain emails in which Defendant Walker pressures Plaintiff to sign documents without providing an Official Loan Estimate.

j)  **B11** confirms that Plaintiff had not received the required Loan Estimate before proceeding, only unofficial estimates sent by email, which were subject to significant change.

k)  **B12** reflects Defendant Walker advising Plaintiff to cancel the application for a second time to obtain better rates, without mentioning any missing documents.

l)  **B13** shows a missed appointment by Defendant Walker, who mistakenly believed 9:15 AM was 9:15 PM.

m)  **B14** includes Plaintiff's response, clarifying that a second application was unnecessary, contradicting Defendants' later claims.

n)  **B15** and **B16** provide bank records showing a $25,000 payment toward the original loan, following Defendant Walker's advice to reduce the principal for better rates.

3.  Attached hereto as **Exhibit C** are true and correct copies of responses from Defendant Wells Fargo's resolution specialists and supervisors:

a)  **C1** confirms the loan was closed as a "Conventional Single-Family" loan, despite later contradictory claims by the Defendants.

2

EXHIBITS

b) **C2** references investor guidelines that contradict Defendants' justifications for the higher interest rate, noting that the third-party refinancing lender had no such issues.

c) **C3** and **C4** repeat similar denials without addressing the underlying facts.

d) **C5** denies receiving required documents, despite B12 indicating otherwise.

4. Attached hereto as **Exhibit D** are true and correct copies of text and email communications between Plaintiff and Defendant Ryan Dang:

a) **D1** text record showing Plaintiff is having a hard time getting defendant Dang to respond, dated February 19, 2020;

b) **D2** text record shows Plaintiff is still waiting for an answer two months after the first response by defendant Dang dated in March and April of 2020, excuses that defendant Nancy Walker did not know anything about and never mentioned;

c) **D3** text message Plaintiff is pressing for answers as he was losing money paying the mortgage at 4.5% when the market rates were at lower 3%.

d) **D4** Defendant Dang finally turns the Plaintiff down by saying "... there's nothing we can do to help you...". This answer was later rejected by the customer service when they connected the Plaintiff with defendant Nancy Walker who also rejected the reason offered by Dang;

e) **D5** text record showing Plaintiff accepting the advice of defendant Ryan Dang and waiting until July 9, 2020, at this point Plaintiff started suspecting the defendant Dang was not truthful and contacted the customer service and started working with defendant Walker;

3

EXHIBITS

f) **D6** contains a sample email from Plaintiff to Defendant Dang, seeking clarification when text messages went unanswered.

g) **D7** includes an email from Defendant Dang, incorrectly stating that the loan was "conforming" without addressing the Plaintiff's ongoing concerns.

5. Attached hereto as **Exhibit F** is a true and correct copy of the Plaintiff's communication with the CFPB;

6. Attached hereto as **Exhibit G** is a true and correct copy of an "Approximate Loan Cost Illustration" used by Defendant Walker's supervisor, Timothy Gatto, with a disclaimer to "Get an official Loan Estimate before choosing a loan."

7. Attached hereto as **Exhibit K** are true and correct copies of email communications between Plaintiff and Defendants' counsel:

a) **KG** confirms receipt of Plaintiff's draft complaint on June 22, 2022.

b) **K1** documents a $5,000 settlement offer made by Defendants without mentioning any statute of limitations concerns.

c) **K2** and **K3** reflect ongoing communications about the complaint through late 2022 and early 2023.

8. Attached hereto as **Exhibit L** is a true and correct copy of the Commitment Letter from Defendant Wells Fargo, confirming the loan was approved at 4.5% as a "Single Family Primary Residence."

9. Attached hereto as **Exhibit M** are true and correct copies of letters from lenders showing:
a) **M1** refinanced mortgage was subsequently sold to AmeriHome on 12/08/2021,

b) **M2** to FredieMac on 12/22/2021;

4

EXHIBITS

9. Attached hereto as **Exhibit M** are true and correct copies of letters from lenders showing:

   a) **M1** refinanced mortgage was subsequently sold to AmeriHome on 12/08/2021,

   b) **M2** to FredieMac on 12/22/2021;

   c) **M3** then, and finally to the current mortgage holder Region on 11/11/2022;

10. Attached hereto as **Exhibit N** are true and correct copies of email communications with Network Capital:

   a) **N1** lists the documents required for the successful refinancing, which took less than three weeks.

   b) **N2** contains the Closing Disclosure from Network Capital, reflecting a 2.8% interest rate for the same property.

   c) **N3** includes correspondence confirming the payoff of the original Wells Fargo loan.

11. Attached hereto as **Exhibit Q** is a true and correct copy of documents related to the loan's sale to investors:

   a) **Q1** confirms the resale to Freddie Mac, contradicting Defendants' claims about investor restrictions.

   b) **Q2** details the transfer of the refinanced loan to AmeriHome

   c) **Q3** Defendant email confirmation that they have received the copy of the First Amended Complaint;

12. Attached hereto as **Exhibit R** are true and correct copy of some of the available documents related to the numerous offers received by the Plaintiff after the Bank

EXHIBITS

expressed great reluctance to take the application and then closed it twice in less than 30-days

a) **R2** offers "no minimum credit score and **No appraisal** required" in the 2nd paragraph;

b) **R3** is claiming that they "have reviewed your property and loan scenario …" and offering rates at 2.1% while waiving all the fees and charges that Ms. Walker and Tim Gatto were arguing about for almost 3 weeks;

6

# EXHIBIT A

# EXHIBIT A

A2

# Closing Disclosure

This form is a statement of final loan terms and closing costs. Compare this document with your Loan Estimate.

| Closing Information | | Transaction Information | | Loan Information | |
|---|---|---|---|---|---|
| Date Issued | 08/02/2019 | Borrower | Mohammad Najafpir | Loan Term | 30 years |
| Closing Date | 08/05/2019 | | 869 CALIFORNIA DR | Purpose | Purchase |
| Disbursement Date | 08/05/2019 | | BURLINGAME, CA 94010 | Product | Fixed Rate |
| Settlement Agent | Inter-County Title Compan | Seller | The Larry Charles Siri and Wendy | | |
| File # | PV 229152 AM | | 4100 Strickland Mine RD | Loan Type | ☒ Conventional ☐ FHA |
| Property | 4040-4042 Strickland Min | | PLACERVILLE, CA 95667 | | ☐ VA ☐ _____ |
| | PLACERVILLE, CA 95667 | Lender | Wells Fargo Bank, N.A. | Loan ID # | ████9-005 |
| Sale Price | $850,000.00 | | | MIC # | |

## Loan Terms

| | | Can this amount increase after closing? |
|---|---|---|
| Loan Amount | $595,000 | NO |
| Interest Rate | 4.5% | NO |
| Monthly Principal & Interest<br>*See Projected Payments below for your Estimated Total Monthly Payment* | $3,014.78 | NO |

| | | Does the loan have these features? |
|---|---|---|
| Prepayment Penalty | | NO |
| Balloon Payment | | NO |

## Projected Payments

| Payment Calculation | Years 1-30 |
|---|---|
| Principal & Interest | $3,014.78 |
| Mortgage Insurance | + 0 |
| Estimated Escrow<br>*Amount can increase over time* | + 0 |
| **Estimated Total Monthly Payment** | **$3,014.78** |

| Estimated Taxes, Insurance & Assessments<br>*Amount can increase over time*<br>*See page 4 for details* | $1,187.37<br>a month | This estimate includes<br>☒ Property Taxes<br>☒ Homeowner's Insurance<br>☒ Other: Homeowners Association Dues<br>*See Escrow Account on page 4 for details. You must pay for other property costs separately.* | In escrow?<br>NO<br>NO<br>NO |
|---|---|---|---|

## Costs at Closing

| Closing Costs | $7,141.68 | Includes $888.43 in Loan Costs + $6,573.25 in Other Costs - $320.00 in Lender Credits. *See page 2 for details.* |
|---|---|---|
| Cash to Close | $255,535.22 | Includes Closing Costs. *See Calculating Cash to Close on page 3 for details.* |

023

*A3*

Wells Fargo Bank, N.A.
2701 Wells Fargo Way, Minneapolis, MN 55467-8000

*Save this Loan Estimate to compare with your Closing Disclosure.*

# Loan Estimate

| | |
|---|---|
| DATE ISSUED | 07/31/2019 |
| APPLICANTS | Mohammad Najafpir<br>869 CALIFORNIA DR<br>BURLINGAME, CA 94010 |
| PROPERTY | 4040-4042 Strickland Mine RD<br>PLACERVILLE, CA 95667 |
| SALE PRICE | $850,000.00 |

| | |
|---|---|
| LOAN TERM | 30 years |
| PURPOSE | Purchase |
| PRODUCT | Fixed Rate |
| LOAN TYPE | ☒ Conventional ☐ FHA ☐ VA ☐ _____ |
| LOAN ID # | ███████9-004 |
| RATE LOCK | ☐ NO ☒ YES, until 08/12/2019 at 11:59 p.m. US/Central |

*Before closing, your interest rate, points, and lender credits can change unless you lock the interest rate. All other estimated closing costs expire on 07/15/2019 at 10:00 p.m. US/Central*

## Loan Terms

| | | Can this amount increase after closing? |
|---|---|---|
| Loan Amount | $595,000 | NO |
| Interest Rate | 4.5% | NO |
| Monthly Principal & Interest<br>*See Projected Payments below for your Estimated Total Monthly Payment* | $3,014.78 | NO |

| | | Does the loan have these features? |
|---|---|---|
| Prepayment Penalty | | NO |
| Balloon Payment | | NO |

## Projected Payments

| Payment Calculation | Years 1-30 |
|---|---|
| Principal & Interest | $3,014.78 |
| Mortgage Insurance | + 0 |
| Estimated Escrow<br>*Amount can increase over time* | + 0 |
| **Estimated Total<br>Monthly Payment** | **$3,014.78** |

| Estimated Taxes, Insurance & Assessments<br>*Amount can increase over time* | $1,187<br>a month | This estimate includes | In escrow? |
|---|---|---|---|
| | | ☒ Property Taxes | NO |
| | | ☒ Homeowner's Insurance | NO |
| | | ☒ Other: Homeowners Association Dues | NO |

*See Section G on page 2 for escrowed property costs. You must pay for other property costs separately.*

## Costs at Closing

| | | |
|---|---|---|
| Estimated Closing Costs | $56,951 | Includes $5,892 in Loan Costs + $51,803 in Other Costs - $744 in Lender Credits. *See page 2 for details.* |
| Estimated Cash to Close | $264,451 | Includes Closing Costs. *See Calculating Cash to Close on page 2 for details.* |

Visit www.consumerfinance.gov/mortgage-estimate for general information and tools.

A4

Wells Fargo Bank, N.A.
2701 Wells Fargo Way, Minneapolis, MN 55467-8000

Save this Loan Estimate to compare with your Closing Disclosure.

# Loan Estimate

DATE ISSUED 07/23/2019
APPLICANTS Mohammad Najafpir
869 CALIFORNIA DR
BURLINGAME, CA 94010

PROPERTY 4040-4042 Strickland Mine RD
PLACERVILLE, CA 95667

SALE PRICE $850,000.00

LOAN TERM 30 years
PURPOSE Purchase
PRODUCT Fixed Rate
LOAN TYPE ☒ Conventional ☐ FHA ☐ VA ☐ _____
LOAN ID # ███████9-003
RATE LOCK ☐ NO ☒ YES, until 08/12/2019 at 11:59 p.m. US/
Central.
Before closing, your interest rate, points, and lender credits can
change unless you lock the interest rate. All other estimated
closing costs expire on 07/15/2019 at 10:00 p.m. US/Central.

## Loan Terms

| | | Can this amount increase after closing? |
|---|---|---|
| Loan Amount | $625,000 | NO |
| Interest Rate | 3.625% | NO |
| Monthly Principal & Interest<br>See Projected Payments below for your<br>Estimated Total Monthly Payment | $2,850.33 | NO |
| | | Does the loan have these features? |
| Prepayment Penalty | | NO |
| Balloon Payment | | NO |

## Projected Payments

| Payment Calculation | Years 1-30 | |
|---|---|---|
| Principal & Interest | | $2,850.33 |
| Mortgage Insurance | + | 0 |
| Estimated Escrow<br>Amount can increase over time | + | 0 |
| Estimated Total<br>Monthly Payment | | $2,850.33 |

| Estimated Taxes, Insurance<br>& Assessments<br>Amount can increase over time | $883<br>a month | This estimate includes<br>☒ Property Taxes<br>☒ Homeowner's Insurance<br>☒ Other: Homeowners Association Dues<br>See Section G on page 2 for escrowed property costs. You must pay for other<br>property costs separately. | In escrow?<br>NO<br>NO<br>NO |
|---|---|---|---|

## Costs at Closing

| Estimated Closing Costs | $51,443 | Includes $6,152 in Loan Costs + $46,072 in Other Costs - $781 in Lender<br>Credits. See page 2 for details. |
|---|---|---|
| Estimated Cash to Close | $228,943 | Includes Closing Costs. See Calculating Cash to Close on page 2 for details. |

Visit www.consumerfinance.gov/mortgage-estimate for general information and tools.

**EXHIBIT  B**

**EXHIBIT  B**

B1    B1- B15

**m.najafi**

| | |
|---|---|
| From: | m.najafi <mail@aasmogtest.com> |
| Sent: | Tuesday, June 23, 2020 10:18 AM |
| To: | 'Nancy.Walker@wellsfargo.com' |
| Subject: | Re-financing Documents |

Good morning Nancy,

I was just wondering about the requested documents for the refi with the same bank. If I was refinancing this loan with another lender then it would've been understandable for the requested documents but this is a refinancing with the same lender, the same loan and the same property. It seems wells fargo is doing it this way as to justify the closing costs.
All that's really needed should be for you to issue a new loan estimate. You've already received all necessary documents and inspections for issuing this first loan. If those documents are sufficient for the current loan already in progress, they should be sufficient for the refinance loan. For instance if my credit report is ok for this loan, it should be ok for the refinance. You're not generating a new loan and a new risk. It's all the current loan with all the existing risks, if any. Please trim down the list of some the requested documents.

Mohamad Najafpir

035



July 7, 2020

Mohammad Najafpir
4040 STRICKLAND MINE RD
PLACERVILLE, CA 95667

Subject:    Loan application number: XXXXXX2745
            Loan application date: June 19, 2020

Dear Mohammad Najafpir:

As you requested, we've cancelled your loan application listed above. This loan is no longer active in our system.

Thank you for considering us for your home financing needs. If you have any questions or need further assistance, please call us at **1-855-568-5913**.

We're here to help

If you have any questions, please call me at:

NANCY C WALKER
**NMLSR ID#** 127402
**Phone #** 866-556-8786
Ext:40619

Sincerely,
NANCY C WALKER
NMLSR ID: 127402
866-556-8786 Ext:40619

HCFG-01160
Cancellation Letter

2020070717.1.0.4574-J20180529Y

1248422520201

Page 1 of 1



036

*B3*

July 17, 2020



Mohammad Najafpir
4040 STRICKLAND MINE RD
PLACERVILLE, CA 95667

**Subject:** Decision on your mortgage application dated June 19, 2020

Property Address: 4040 STRICKLAND MINE RD, PLACERVILLE, CA 95667-8277

Dear Mohammad Najafpir:

Thank you for taking time to apply for a mortgage with us. Because we didn't receive the information we requested to complete our review of your application, we're closing your file.

## What you need to know

- We previously sent you a letter that listed various documents and other information we needed to review before we could provide a final approval on your application.
- We didn't receive the information we requested, so we're closing your file. This means we're no longer able to consider your application for home financing.
- This decision will not affect your credit report or credit score in any way.

## What you need to do

- Please read the enclosed Notice of Action Taken and Statement of Reasons. It verifies that we're no longer reviewing your application for credit.
- If you're still interested in financing your home with us, we hope you'll consider applying again in the future.

## We're here to help

Thank you again for applying with us. If you have any questions, please contact us at **1-855-568-5913**

Sincerely,

Jerald Banwart
EVP, Head of Retail Fulfillment

Enclosure

HCFG-01076
Notice of Action Taken Cover Letter

2020071717.1.0.4574-J20180529Y

1326048520201

Page 1 of 1



037

B4

# Notice of Action Taken and Statement of Reasons

**Applicant Name and Address**
Mohammad Najafpir

4040 STRICKLAND MINE RD, PLACERVILLE, CA 95667

**Today's Date**
July 17, 2020

**Description of Account, Transaction or Requested Credit**
Conventional mortgage

**Loan Number**
XXXXXX2745

**Property Address**
4040 STRICKLAND MINE RD, PLACERVILLE, CA 95667-8277

We have carefully considered the credit application and sincerely regret that we are unable to approve the application at this time for the reason(s) indicated below. The decisions reflected below apply to applicant listed above unless otherwise noted.

- Credit application is not complete

If you have any questions regarding this notice, you should contact:

**Creditor's Name:** Wells Fargo Bank, N.A.
**Phone:** 866-556-8786 Ext:40619
**Creditor's Address:** 1801 PARK VIEW DR, 1ST FLOOR, SHOREVIEW, MN 55126-5030

Thank you for considering us for your financing needs. Although we cannot be of service to you right now, you have our promise of immediate attention any time you choose to call on us for future assistance.

Notice: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is:

Bureau of Consumer Financial Protection
1700 G Street NW
Washington, DC 20006

1326048520202

HCFG-00078
Notice of Action Taken and Statement of Reasons

2020071717.1.0.4574-J20180529Y

Page 1 of 1



038



## m.najafi

| | |
|---|---|
| **From:** | m.najafi <mail@aasmogtest.com> |
| **Sent:** | Monday, July 13, 2020 11:09 AM |
| **To:** | 'Nancy.Walker@wellsfargo.com' |
| **Subject:** | RE: Wells Fargo Home Mortgage |
| **Attachments:** | image001.jpg; image002.jpg; image003.jpg; image004.jpg |

Hi Nancy,  yes please reactivate the application

Mohammad

---

**From:** Nancy.Walker@wellsfargo.com [mailto:Nancy.Walker@wellsfargo.com]
**Sent:** Friday, July 10, 2020 4:33 PM
**To:** mail@aasmogtest.com
**Subject:** Wells Fargo Home Mortgage

Hi Mohammad,

I have enclosed an Approximate Loan Cost Illustration for your review.   This gives you an idea of what your closing costs may be.
If you move forward, you  are able to use any title company of your choice.  If you not have one, please let me know and Wells Fargo can assist you with one.

Please let me know if you are interested in moving forward.

Thank you!



1

B6

**To:** Walker, Nancy C. [MORTGAGE CONS-TELESALES (SAFE)] <Nancy.Walker@wellsfargo.com>
**Subject:** RE: WFHM

I can't see anything about the "point" in your previous loan estimate attachment

---

**From:** Nancy.Walker@wellsfargo.com [mailto:Nancy.Walker@wellsfargo.com]
**Sent:** Tuesday, July 14, 2020 4:47 PM
**To:** mail@aasmogtest.com
**Subject:** RE: WFHM

If we do a 3.25% / 3.286% APR, it would be paying .125 of a point, which would be $709, which can be financed into the loan.
Based on this interest rate, total payment with escrow will be $3,216.73

Will this work better.

Sincerely,



Nancy C Walker
Home Mortgage Consultant
NMLSR ID 127402

Wells Fargo Home Mortgage
MAC D1109-029
1525 West Wt Harris Blvd.
Charlotte, NC 28262
Tel: 866-556-8786 Ext. 40619
eFax: 866-635-7109

nancy.walker@wellsfargo.com
www.wfhm.com/nancy-walker

Together we'll go far

---

**From:** m.najafi <mail@aasmogtest.com>
**Sent:** Tuesday, July 14, 2020 7:40 PM
**To:** Walker, Nancy C. [MORTGAGE CONS-TELESALES (SAFE)] <Nancy.Walker@wellsfargo.com>
**Subject:** RE: WFHM

Hi Nancy,

Thank you for quick upload, you're wonderful. I signed the 4506t but the loan estimate is substantially higher than what you emailed me on Friday. For instance the interest rate has gone up to 3.375 from 3.25% and closing cost has gone up to $4900 instead of $3021. Mortgage rates are going lower, what happened?

2

040



**From:** Nancy.Walker@wellsfargo.com [mailto:Nancy.Walker@wellsfargo.com]
**Sent:** Tuesday, July 14, 2020 2:46 PM
**To:** mail@aasmogtest.com
**Subject:** WFHM
**Importance:** High

Hi Mohammad,

Your loan has been re-activated as of today.   Was able to get this task completed 1 day earlier.

Please log into the loan tracker to e-sign the initial disclosures, 4506T form, Agree to the Notice of Intend to Proceed, and Pay the Upfront Fees.

Any questions, please let me know.

Thank you!

Use the below link to log into the loan tracker.


www.wellsfargo.com/status



If this email was sent to you as an unsecured message, it is not intended for confidential or sensitive information. If you cannot respond to

041



## m.najafi

| | |
|---|---|
| **From:** | m.najafi <mail@aasmogtest.com> |
| **Sent:** | Wednesday, July 15, 2020 11:53 AM |
| **To:** | 'Nancy.Walker@wellsfargo.com' |
| **Subject:** | RE: WFHM |
| **Attachments:** | image001.jpg; image002.jpg; image003.jpg; image004.jpg |

Great thank you, something in par with other lenders so I wouldn't be forced to re-finance again several months from now. I appreciate everything you're doing so far.

Mohamad

**From:** Nancy.Walker@wellsfargo.com [mailto:Nancy.Walker@wellsfargo.com]
**Sent:** Wednesday, July 15, 2020 6:54 AM
**To:** mail@aasmogtest.com
**Subject:** RE: WFHM

You will not see in that loan estimate. I will try to have another sent or have a new rate lock disclosure sent to you reflecting the new rate.

Thanks!



**From:** mail@aasmogtest.com <mail@aasmogtest.com>
**Sent:** Tuesday, July 14, 2020 10:11 PM

  

Nancy C Walker
Home Mortgage Consultant
NMLSR ID 127402

Wells Fargo Home Mortgage
MAC D1109-029
1525 West Wt Harris Blvd.
Charlotte, NC 26262
Tel: 866-556-8786 Ext. 40619
eFax: 866-635-7109

nancy.walker@wellsfargo.com
www.wfhm.com/nancy-walker

Together we'll go far



**From:** m.najafi <mail@aasmogtest.com>
**Sent:** Wednesday, July 15, 2020 6:25 PM
**To:** Walker, Nancy C. [MORTGAGE CONS-TELESALES (SAFE)] <Nancy.Walker@wellsfargo.com>
**Subject:** RE: Wells Fargo Home Mortgage

Well I'd like to know what I'm agreeing to. If I signed the disclosures now can the interest rates and closing cost be adjusted later or I'll be stock with it? Thanks

---

**From:** Nancy.Walker@wellsfargo.com [mailto:Nancy.Walker@wellsfargo.com]
**Sent:** Wednesday, July 15, 2020 3:19 PM
**To:** mail@aasmogtest.com
**Subject:** RE: Wells Fargo Home Mortgage

Probably going to take 24 hours to get this. I have to get your loan submitted within 2 days.

Please e-sign the docs asap. The docs that need your signature are all the same, all universal, such as; the IRS W9, Borrower consent to Access and Share Information, and Housing Financial Discrimination Act. Then you will agree to the Notice of Intent to Proceed, gives WF to process your loan. Lastly, pay the upfront fees.

Sorry to be in such a rush, but since the loan was cancelled, and then re-activated, this did not re-set the timer as to the time frame compliance requirements gives to get a loan to underwriting.

If the docs are not received, then we will need to start over with a new application. It is up to you on which route you would like to go.

Thank you!



043

B910




**Nancy C Walker**
Home Mortgage Consultant
NMLSR ID 127402

**Wells Fargo Home Mortgage**
MAC D1109-029
1525 West Wt Harris Blvd.
Charlotte, NC 28262
Tel: 866-556-8786 Ext. 40519
eFax: 866-635-7109

nancy.walker@wellsfargo.com
www.wfhm.com/nancy-walker

Together we'll go far



**From:** m.najafi <mail@aasmogtest.com>
**Sent:** Wednesday, July 15, 2020 5:57 PM
**To:** Walker, Nancy C. [MORTGAGE CONS-TELESALES (SAFE)] <Nancy.Walker@wellsfargo.com>
**Subject:** RE: Wells Fargo Home Mortgage

I wanted to do it this morning but I was waiting for your new loan estimate

**From:** Nancy.Walker@wellsfargo.com [mailto:Nancy.Walker@wellsfargo.com]
**Sent:** Wednesday, July 15, 2020 1:36 PM
**To:** mail@aasmogtest.com
**Subject:** Wells Fargo Home Mortgage

Hi Mohammad,

Are you going to get your loan documents uploaded into the loan tracker today/tomorrow?

Could you let me know?

Sincerely,

  

044

B11



**Nancy C Walker**
Home Mortgage Consultant
NMLSR ID 127402

**Wells Fargo Home Mortgage**
MAC D1109-029
1525 West Wt Harris Blvd.
Charlotte, NC 28262
Tel: 866-556-8786 Ext. 40619
eFax: 866-635-7109

nancy.walker@wellsfargo.com
www.wfhm.com/nancy-walker

Together we'll go far

From: m.najafi <mail@aasmogtest.com>
Sent: Thursday, July 16, 2020 4:02 PM
To: Walker, Nancy C. [MORTGAGE CONS-TELESALES (SAFE)] <Nancy.Walker@wellsfargo.com>
Subject: RE: Wells Fargo Home Mortgage

STILL WAITING FOR YOUr response.  Any reason why the Origination Charges went from $672.75 to $2090.00 and also a point .125% for some additional $704.
Mohamad

From: Nancy.Walker@wellsfargo.com [mailto:Nancy.Walker@wellsfargo.com]
Sent: Wednesday, July 15, 2020 3:32 PM
To: mail@aasmogtest.com
Subject: RE: Wells Fargo Home Mortgage

I have adjusted the interest rate, as you will see when you get your Loan Estimate.

3.25% / 3.286% APR,  Principle and Interest payment = $2,471.11, you will pay your escrow, the property taxes and homeowner's insurance.

BIG Savings!  (Your current payment is $3,014.78)



4

045





 

Nancy C Walker
Home Mortgage Consultant
NMLSR ID 127402

Wells Fargo Home Mortgage
MAC D1109-029
1525 West Wt Harris Blvd.
Charlotte, NC 28262
Tel: 866-556-8786 Ext 40619
eFax: 866-635-7109

nancy.walker@wellsfargo.com
www.wfhm.com/nancy-walker

Together we'll go far



**From:** m.najafi <mail@aasmogtest.com>
**Sent:** Thursday, July 16, 2020 6:26 PM
**To:** Walker, Nancy C. [MORTGAGE CONS-TELESALES (SAFE)] <Nancy.Walker@wellsfargo.com>
**Subject:** RE: Wells Fargo Home Mortgage

CAN YOU JUST transfer the information from the current application?

---

**From:** Nancy.Walker@wellsfargo.com [mailto:Nancy.Walker@wellsfargo.com]
**Sent:** Thursday, July 16, 2020 1:26 PM
**To:** mail@aasmogtest.com
**Subject:** RE: Wells Fargo Home Mortgage
**Importance:** High

Hi Mohammad,

Hope this is ok with you to cancel this application and we just start over. Fresh Start! ☺

I can get you some better rates with doing a new application.

Let's make an appointment to do the application. I just keep you on the phone to get the application going.

When are you available? I have an appointment at 5pm PST today, I have to attend to. Therefore, what is your schedule.

Please let me know.

Thanks!

046

B13

**From:** Nancy.Walker@wellsfargo.com [mailto:Nancy.Walker@wellsfargo.com]
**Sent:** Friday, July 17, 2020 5:03 AM
**To:** mail@aasmogtest.com
**Subject:** RE: Wells Fargo Home Mortgage

Have to set another time more reasonable.  That is too late for myself.  I am on EST.

Thanks!



Nancy C Walker
Home Mortgage Consultant
NMLSR ID 127402

Wells Fargo Home Mortgage
MAC D1109-029
1525 West Wt Harris Blvd.
Charlotte, NC  28262
Tel: 866-556-8786 Ext. 40619
eFax: 866-635-7109

nancy.walker@wellsfargo.com
www.wfhm.com/nancy-walker

Together we'll go far

**From:** mail@aasmogtest.com <mail@aasmogtest.com>
**Sent:** Thursday, July 16, 2020 10:58 PM
**To:** Walker, Nancy C. [MORTGAGE CONS-TELESALES (SAFE)] <Nancy.Walker@wellsfargo.com>
**Subject:** RE: Wells Fargo Home Mortgage

Please call me 9:15 am pacific time

**From:** Nancy.Walker@wellsfargo.com [mailto:Nancy.Walker@wellsfargo.com]
**Sent:** Thursday, July 16, 2020 3:56 PM
**To:** mail@aasmogtest.com
**Subject:** RE: Wells Fargo Home Mortgage

Yes, but I need you on the phone.  There are some questions I have to re-ask you for compliance reasons.



047

B14

---

## m.najafi

**From:** Nancy.Walker@wellsfargo.com
**Sent:** Friday, July 17, 2020 3:25 PM
**To:** mail@aasmogtest.com
**Subject:** RE: Wells Fargo Home Mortgage
**Attachments:** image001.jpg; image002.jpg; image003.jpg; image004.jpg

Sorry, did not see that AM there.

I will call you soon!

My apologizes,



Nancy C Walker
Home Mortgage Consultant
NMLSR ID 127402

Wells Fargo Home Mortgage
MAC D1109-029
1525 West Wt Harris Blvd.
Charlotte, NC 28262
Tel: 866-556-8786 Ext. 40619
eFax: 866-635-7109

nancy.walker@wellsfargo.com
www.wfhm.com/nancy-walker

Together we'll go far

---

**From:** m.najafi <mail@aasmogtest.com>
**Sent:** Friday, July 17, 2020 2:31 PM
**To:** Walker, Nancy C. [MORTGAGE CONS-TELESALES (SAFE)] <Nancy.Walker@wellsfargo.com>
**Subject:** RE: Wells Fargo Home Mortgage

WELL 9AM PACIFIC TIME IS YOUR 12PM But on the 2nd thought I realized that this new application is completely unnecessary as the original application never had to be visited again after it was filed on line. All the interest and charges adjustment was done by updating the loan estimate, which was done several times. Please send me the new loan estimate so we don't kill more time than necessary.

Mohamad

048

Wells Fargo

*B15*

# WELLS FARGO

## MORTGAGE
...0099

**$561,029.88**
Outstanding principal balance

Balance Details

| | |
|---|---|
| **Next payment due on 09/01/20** Next payment details | $3,014.78 |
| **Last payment received on 08/04/20** | $3,014.78 |
| **Outstanding principal balance** View Payoff Statement | $561,029.88 |
| **Interest rate** | 4.5% |

## Activity

First
Previous
Next

| Date | Description | Amount | Principal Balance |
|------|-------------|--------|-------------------|
| 08/04/20 | PAYMENT | $3,014.78 | $561,029.88 |
| 07/04/20 | PAYMENT | $3,014.78 | $561,937.39 |
| 06/17/20 | PRINCIPAL PMT | $25,000.00 | $562,841.51 |
| 06/04/20 | PAYMENT | $3,014.78 | $587,841.51 |
| 05/04/20 | PAYMENT | $3,014.78 | $588,648.86 |
| 04/04/20 | PAYMENT | $3,014.78 | $589,453.19 |
| 03/04/20 | PAYMENT | $3,014.78 | $590,254.52 |

Back to top

First
Previous
Next

## *Account Disclosures

The transactions displayed reflect funds that you have paid and do not necessarily represent funds that are due. Late charges are assessed after the close of business on the assessment date and only after all payments received have been applied.

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

⌂ Equal Housing Lender

049
8/13/2020

https://connect.secure.wellsfargo.com/accounts/start?p1=yes&SAMLart=AAQBh%2BoE...

# Wells Fargo Platinum Savings

June 30, 2020 ■ Page 1 of 4





MOHAMAD NAJAFPIR
848 EDGEHILL DR APT 3
BURLINGAME CA 94010-3636

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-742-4932**

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $308,235.67 |
| Deposits/Additions | 490.70 |
| Withdrawals/Subtractions | - 28,014.78 |
| **Ending balance on 6/30** | **$280,711.59** |

Account number: **8779618316**

**MOHAMAD NAJAFPIR**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

## Interest summary

| | |
|---|---|
| Interest paid this statement | $490.70 |
| Average collected balance | $293,855.70 |
| Annual percentage yield earned | 2.05% |
| Interest earned this statement period | $490.70 |
| Interest paid this year | $3,046.72 |

The Special Interest Rate on your account expires **07/15/2020** . At that time, your interest rate changes to the account's standard interest rate. For current standard interest rates on your account, please contact your local banker or call the number listed on your statement.

June 30, 2020 ■ Page 2 of 4

B16


WELLS FARGO

## Transaction history



| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 6/4 | WF Home Mtg Auto Pay 060420 xxxxxx0099 Mohammad Najafpir | | 3,014.78 | 305,220.89 |
| 6/17 | * Online Transfer Ref #Ib08BI47J5 to Mortgage xxxxxx0099 on 06/17/20 | | 25,000.00 | 280,220.89 |
| 6/30 | Interest Payment | 490.70 | | 280,711.59 |
| | Ending balance on 6/30 | | | 280,711.59 |
| **Totals** | | **$490.70** | **$28,014.78** | |



*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

＊  *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2020 - 06/30/2020 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|

The fee is waived this fee period because the account is linked to your Portfolio by Wells Fargo® program.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $3,500.00 | $280,220.89 ☑ |

ME/ME



# ✓ IMPORTANT ACCOUNT INFORMATION

We're updating our Online Access Agreement effective September 30, 2020. To see what is changing, please visit wellsfargo.com/online-banking/updates.

Effective June 20, 2020, we are updating the Funds Availability Policy in our Deposit Account Agreement as follows:

In the "Longer delays may apply" section, when a longer delay applies, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $200 to $225.
- We are changing the check deposit amount exception that may lead to a delay of generally no more than seven business days from "You deposit checks totaling more than $5,000 on any one day" to "You deposit checks totaling more than $5,525 on any one day."

In the "Special rules for new accounts" section, setting forth special rules that apply during the first 30 days your account is open, we are updating the amounts in the two bullets in the second paragraph from $5,000 to $5,525 and from $200 to $225 as follows:
- The first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.
- The excess over $5,525 and funds from all other check deposits will be available on the seventh business day after the day of your deposit. The first $225 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

B16

# EXHIBIT  C

# EXHIBIT  C

C1            C1-C6

Wells Fargo
P.O. Box 10335
Des Moines, IA 50306-2335

**WELLS FARGO HOME MORTGAGE**

July 20, 2020

Mohammad Najafpir
869 California Drive
Burlingame, CA 94010

Subject: Resolution to your concerns about account number ████████0099

Dear Mohammad Najafpir:

Thank you for taking the time to speak with us and giving us the opportunity to address your concerns. We want you to know we're here to help. We're responding and want to make sure you have the information you need.

In your inquiry, you expressed the following concerns:

- Property type
- Loan type and refinance application
- COVID-19 appraisal impacts
- Communication and customer service experience

Please find our response to your concerns outlined below.

Property type

You stated the property was incorrectly listed as a 2 unit home instead of a single family home.

Please know when processing mortgage applications, we are required to meet all investor requirements to ensure that each loan is saleable and insurable. While we work to make this process as seamless as possible, we have to meet requirements under lending guidelines, as well as financial reform and other regulatory requirements, to document the ability to repay the loan. This includes obtaining documents, gathering information, and the file being reviewed by underwriting.

We can confirm the property has a 2,742 square foot home, a 1,200 square foot home, and a third building that is an accessory dwelling unit (ADU) for the main home. Even with these multiple buildings on the property, the loan was closed as a single family home.

The Commitment Letter outlines the amount and terms of the loan. Loan approval is subject to the terms and conditions included in the Commitment. A copy of the Commitment Letter is enclosed for your reference and shows your home being listed as a Single Family home.

Loan type

You stated your loan should have been a conventional loan, and you would have paid down the balance if the option was presented to you.

We are bound by lending guidelines and cannot approve a loan until all guidelines have been met. During the underwriting process, it is possible additional documentation may be required. We can confirm the uniqueness of your home made a conventional loan not an option. Conventional loan can't be originated when the subject has 2 standalone homes on one lot with an ADU.

L26/co10297507/cl936

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801

Najafpir
July 20, 2020
Page 2

We can confirm that you submitted a refinance application on June 19, 2020. There are two ways to adjust your interest rate, they include either applying for a refinance, or applying for a loan modification through our home preservation department.

You can reach the refinance department at 1-800-443-3429, and the home preservation department at 1-800-678-7986.

COVID-19 appraisal impacts

We're here to help and we'd like to provide you with more information about what we're doing to help customers impacted by COVID-19. Thank you for the opportunity to address your concerns about our appraisal process.

Effective, March 26, 2020, Wells Fargo suspended most interior inspections across the country. As we continue to navigate the rapidly evolving COVID-19 situation, our first thought is for the safety and well-being of all individuals and businesses impacted by these difficult circumstances. In these unprecedented times, it is important that we come together to support all those impacted. At Wells Fargo, we are committed to providing you the financial access, guidance, and support you need so you can focus on your well-being and your loved ones.

Please visit www.wellsfargo.com/jump/enterprise/coronavirus-response for additional information related to our efforts to help you during this time.

Communication and customer service experience

We understand that the above concerns impacted the customer service you received, and although it is disheartening to learn of concerns such as yours, we appreciate you taking the time to provide us with the feedback needed to enable us to identify areas of training and processing improvement. Each customer truly has the ability to help shape our strategy in providing the service you expect and deserve.

We appreciate your business and hope that we can exceed your expectations moving forward.

Going forward

We value your feedback and appreciate the time and effort you took to contact us. It's been my goal to fully address the concerns you've brought to our attention. We've determined the account was handled properly and no corrections are needed as no error has occurred.

If you have any questions, or if you'd like to request documents that support our research, you may reply to me directly at the return address on this letter or by phone at 1-800-853-8516, extension 1335621128. I am available to assist you Monday through Friday, 8:00 a.m. to 4:30 p.m. Central Time. If you require immediate assistance and I am unavailable, other representatives are available to assist you at 1-800-853-8516, Monday through Friday, 7:00 a.m. to 7:00 p.m. Central Time.

Sincerely,

Ali Mohammed
Executive Resolution Specialist
Customer Care and Recovery Group

Enclosure

L26/co10297507/cl936

051

C2



Wells Fargo
P.O. Box 10345
Des Moines, IA 50306-0347

August 7, 2020

Mohammad Najafpir
4040 Strickland Mine Road
Placerville, CA 95667

Subject: Resolution to your inquiry about application number ████2745

Dear Mohammad Najafpir:

Thank you for the opportunity to address your concerns. We want you to know we're here to help. We're responding and want to make sure you have the information you need.

During our telephone conversations, you expressed concerns about:

- Application process concerns
- Interest rate concerns
- Fair lending
- Customer service experience and communication

We're providing our response to your inquiry.

Application process concerns

In your inquiry, you expressed concerns about the documentation being requested and stated the application was cancelled. Additionally, you stated the Loan Estimate (LE) processing charges changed from previous application the latest application.

We can confirm when submitting a new application, entirely new documents are requested as we need the most updated information to submit your application. Documentation does expire and if submitted on a previous loan we are unable to use them on a new loan application. Please note that we are required to meet all investor requirements to ensure each loan is saleable and insurable. Additionally, underwriting and investor guidelines are stringent in today's lending environment. While we work to make the loan process as seamless as possible, we have to meet requirements under lending and investor guidelines, as well as financial reform and other regulatory requirements, to document the ability to repay the loan. Investor and underwriting guidelines also require the most accurate documents to be used when reviewing income, assets, and debt obligations. During the underwriting process, it is possible that additional documentation may be required to satisfy the guidelines referenced above.

We can confirm a LE was provided to you upon your request prior to submitting documentation and prior to being reviewed by underwriting. We can confirm the terms of the LE are not guaranteed, and final terms and conditions cannot be provided until the loan application is submitted in its entirety and reviewed by the lender. An LE is strictly an estimate of anticipated

35V/co10343971/cIAPP

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801

Najafpir
August 7, 2020
Page 2

terms and it is common for them to differ from initial fees quoted and final Closing Disclosure because it isn't until closing that we receive the final numbers and figures from the title company after they've completed their required services.

We can confirm due to documentation not being submitted timely the loan application was cancelled. We can confirm it was set up again as you stated you would supply the documentation; however, it was cancelled again and you requested to speak with management. We can confirm once you spoke with management you were assigned a new Home Mortgage Consultant. We can confirm the application has since been cancelled on July 17, 2020, and a new application would need to be submitted in its entirety to know what interest rate, term and loan you would qualify for. We apologize for any frustration this may have caused you.

Interest rate concerns

During our telephone conversation, you expressed concerns about being offered 3.25% and re-applying and being offered 3.25% with 0.125 discount points. Additionally, you wanted to know why you did not qualify for the 3.00% the website was offering.

We can confirm the online website has specific qualifications that are needing to be met to get that exact rate. Interest rate and origination fees can vary from customer to customer due to many factors including credit scores, loan-to-value ratio (LTV), debt-to-income ratio (DTI), and any other items impacting the overall credit profile of the loan. Rates can also fluctuate on a given day, depending upon current market conditions.

We can confirm that the loan was priced at 3.25% with 0.125 discount points which is within Wells Fargo pricing guidelines. We can confirm at the time of application, you did not lock your rate which can cause the rates/pricing to fluctuate based on the current mark rates/pricing at that given time. We apologize for any frustration this may have caused you.

Fair lending

We're committed to equal and fair treatment of all our customers. We originate loans and service our accounts in accordance with all account documents and standard servicing practices. We also follow all applicable fair lending laws and regulations. These prohibit discrimination on many prohibited bases; including race, color, religion, national origin, gender or gender identity, marital status, familial status, sexual orientation, age, disability, or receipt of public assistance income.

We've reviewed your concern and, respectfully, found no indication of unlawful discrimination.

35V/co10343971/clAPP

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801

Najafpir
August 7, 2020
Page 3

Customer service experience and communication

You expressed the communication and customer service has been lacking by the Home Mortgage Consultant.

We apologize for the service provided. We understand that the above concerns impacted the customer service you received, and although it is disheartening to learn of concerns such as yours, we appreciate you taking the time to provide us with the feedback needed to enable us to identify areas of training and processing improvement. Each customer truly has the ability to help shape our strategy in providing the service you expect and deserve. We apologize for any inconvenience this may have caused you.

Going forward

We value your feedback and appreciate the time and effort you took to contact us. It's been my goal to fully address the concerns you've brought to our attention. We've determined your application was handled properly and no corrections are needed as no error has occurred.

If you have any questions, or if you'd like to request additional documents that support our research, you may reply to me directly at the return address on this letter or by phone at 1-800-853-8516, extension 1335621224. I am available to assist you Monday through Friday, 8:00 a.m. to 5:00 p.m. Central Time. If you require immediate assistance and I am unavailable, other representatives are available to assist you at 1-800-853-8516, Monday through Friday, 7:00 a.m. to 7:00 p.m. Central Time.

Sincerely,

Nilda Munoz
Case Specialist
Home Lending Executive Office

35V/co10343971/clAPP

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801

054

C3



Wells Fargo
P.O. Box 14 or 5
Des Moines, IA 5…

August 11, 2020

Mohammad Najafpir
4040 Strickland Mine Road
Placerville, CA 95667

Subject: Resolution to your inquiry about application number ████ 2745

Dear Mohammad Najafpir:

Thank you for the opportunity to address your concerns. We want you to know we're here to help. We're responding and want to make sure you have the information you need.

### During our telephone conversations, you expressed concerns about:

- Application process concerns
- Interest rate concerns
- Fair lending
- Customer service experience and communication

We're providing our response to your inquiry.

### Application process concerns

In your inquiry, you expressed concerns about the documentation being requested and stated the application was cancelled. Additionally, you stated the Loan Estimate (LE) processing charges changed from previous application the latest application.

We can confirm when submitting a new application, entirely new documents are requested as we need the most updated information to submit your application. Documentation does expire and if submitted on a previous loan we are unable to use them on a new loan application. Please note that we are required to meet all investor requirements to ensure each loan is saleable and insurable. Additionally, underwriting and investor guidelines are stringent in today's lending environment. While we work to make the loan process as seamless as possible, we have to meet requirements under lending and investor guidelines, as well as financial reform and other regulatory requirements, to document the ability to repay the loan. Investor and underwriting guidelines also require the most accurate documents to be used when reviewing income, assets, and debt obligations. During the underwriting process, it is possible that additional documentation may be required to satisfy the guidelines referenced above.

We can confirm a LE was provided to you upon your request prior to submitting documentation and prior to being reviewed by underwriting. We can confirm the terms of the LE are not guaranteed, and final terms and conditions cannot be provided until the loan application is submitted in its entirety and reviewed by the lender. An LE is strictly an estimate of anticipated

35V/co10343971/clAPP

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801

Najafpir
August 11, 2020
Page 2

terms and it is common for them to differ from initial fees quoted and final Closing Disclosure because it isn't until closing that we receive the final numbers and figures from the title company after they've completed their required services.

We can confirm due to documentation not being submitted timely the loan application was cancelled. We can confirm it was set up again as you stated you would supply the documentation; however, it was cancelled again and you requested to speak with management. We can confirm once you spoke with management you were assigned a new Home Mortgage Consultant. We can confirm the application has since been cancelled on July 17, 2020, and a new application would need to be submitted in its entirety to know what interest rate, term and loan you would qualify for. We apologize for any frustration this may have caused you.

## Interest rate concerns

During our telephone conversation, you expressed concerns about being offered 3.25% and re-applying and being offered 3.25% with 0.125 discount points. Additionally, you wanted to know why you did not qualify for the 3.00% the website was offering.

We can confirm the online website has specific qualifications that are needing to be met to get that exact rate. Interest rate and origination fees can vary from customer to customer due to many factors including credit scores, loan-to-value ratio (LTV), debt-to-income ratio (DTI), and any other items impacting the overall credit profile of the loan. Rates can also fluctuate on a given day, depending upon current market conditions.

We can confirm that the loan was priced at 3.25% with 0.125 discount points which is within Wells Fargo pricing guidelines. We can confirm at the time of application, you did not lock your rate which can cause the rates/pricing to fluctuate based on the current mark rates/pricing at that given time. We apologize for any frustration this may have caused you.

## Fair lending

We're committed to equal and fair treatment of all our customers. We originate loans and service our accounts in accordance with all account documents and standard servicing practices. We also follow all applicable fair lending laws and regulations. These prohibit discrimination on many prohibited bases; including race, color, religion, national origin, gender or gender identity, marital status; familial status, sexual orientation, age, disability, or receipt of public assistance income.

We've reviewed your concern and, respectfully, found no indication of unlawful discrimination.

35V/co10343971/clAPP

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801

Najafpir
August 11, 2020
Page 3

### Customer service experience and communication

You expressed the communication and customer service has been lacking by the Home Mortgage Consultant.

We apologize for the service provided. We understand that the above concerns impacted the customer service you received, and although it is disheartening to learn of concerns such as yours, we appreciate you taking the time to provide us with the feedback needed to enable us to identify areas of training and processing improvement. Each customer truly has the ability to help shape our strategy in providing the service you expect and deserve. We apologize for any inconvenience this may have caused you.

### Going forward

We value your feedback and appreciate the time and effort you took to contact us. It's been my goal to fully address the concerns you've brought to our attention. We've determined your application was handled properly and no corrections are needed as no error has occurred.

If you have any questions, or if you'd like to request additional documents that support our research, you may reply to me directly at the return address on this letter or by phone at 1-800-853-8516, extension 1335621851. I am available to assist you Monday through Friday, 8:00 a.m. to 5:00 p.m. Central Time. If you require immediate assistance and I am unavailable, other representatives are available to assist you at 1-800-853-8516, Monday through Friday, 7:00 a.m. to 7:00 p.m. Central Time.

Sincerely,

Nicholas Martindale
Case Specialist
Home Lending Executive Office

35V/co10343971/clAPP

Wells Fargo Home Mortgage is a division of Wells Fargo Bank N.A. NMLSR ID 399801

057





Wells Fargo
P.O. Box 10335
Des Moines, IA 50306-0335

October 2, 2020

Mohammad Najafpir
4040-4042 Strickland Mine Road
Placerville, CA 95667

Subject: Resolution to your concerns about application number ████2745

Dear Mohammad Najafpir:

Thank you for the opportunity to address your concerns. We've carefully researched these matters and are providing you with a response.

**In your inquiry and during our telephone conversations, you expressed concerns about the following items:**

- The application process
- Document requests
- Discrimination
- Interest rates
- Restoring trust
- Customer service and communication

We'd like to provide you with more information about our resolution.

### The application process

You initiated a refinance application on June 19, 2020. At that time, you were issued a Loan Estimate reflecting a total loan amount of $567,800.00 and a 3.375% interest rate. Please know that when processing mortgage applications, we are required to meet all investor requirements to ensure that each loan is saleable and insurable. While we work to make this process as seamless as possible, we have to meet requirements under lending guidelines, as well as financial reform and other regulatory requirements, to document the ability to repay the loan. This includes obtaining documents, gathering information, and the file being reviewed by underwriting.

We value our customers and appreciate your business. In some instances, current customers may believe application processing will be an easier process and we can submit the information from your original application to the new mortgage loan. However, every application must be treated as new, including obtaining updated documents, information and the application going through the underwriting process.

Your application was cancelled on July 7, 2020, as we did not receive any of the required documents from you. You informed us that you wanted to move forward and would supply the required documents. We never received any of the documents and you were issued a Notice of Action Taken and Statement of Reasons letter on July 17, 2020, stating that your credit application is not complete.

We regret that we were unable to offer you a financial solution that fits your needs, and for any frustration you experienced as a result of the application process. The denial of the loan won't negatively impact your credit rating.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801

Najafpir
October 2, 2020
Page 2

When we review customers for a loan, we obtain a copy of their credit report which assists with the loan decision. The loan decision isn't reported to the consumer reporting agencies. We regret any frustration this experience may have caused and if this information was not properly communicated to you.

### Document requests

In your inquiry, you expressed concerns about the documentation that was requested. When your application was originally submitted, we provided you with the conditions we initially knew were required. It appears that we only asked you to supply the standard documentation and information required to facilitate the processing of the loan.

Please note investor and underwriting guidelines require the most accurate documents to be used when reviewing income, assets, and debt obligations. Additionally, we are bound by lending guidelines and cannot decision a loan until all guidelines have been met. During the underwriting process, it is possible that additional documentation may be required to satisfy the guidelines referenced above.

For example, if documentation isn't filled out in its entirety, is not fully completed, or has expired, we would need this to be corrected or updated to move forward with an application. Because of these factors, we often have to request documentation from you on more than one occasion.

We're committed to protecting your privacy, which is why during the application process we only collect information necessary to complete the application. We've carefully researched your concern and have determined the documentation we requested was required to process your application; however, we regret any frustration this experience may have caused you and if you found our requests for documents excessive.

### Discrimination

We're committed to equal and fair treatment of all our customers. We originate loans and service our accounts in accordance with all account documents, regulations, and standard servicing practices. We comply with applicable fair lending laws and regulations, which prohibit discrimination on many prohibited bases; including race, color, religion, national origin, gender or gender identity, marital status, familial status, sexual orientation, age, disability, or receipt of public assistance income.

We have reviewed your concern and, respectfully, found no evidence of unlawful discrimination or violation of your civil rights. We respectfully decline your request for $1,500,000.00 in punitive damages.

### Interest rates

You stated that we adjust our rates based on a customer's race, nationality, religion and ethnicity. We take strides to ensure our customers receive the most competitive interest rates and fees when creating their account. Interest rate and origination fees can vary from customer to customer due to many factors including credit scores, loan-to-value ratio (LTV), debt-to-income ratio (DTI), and any other items impacting the overall credit profile of the loan. Rates can also fluctuate on a given day, depending upon current market conditions. We have no evidence that our interest rates are adjusted based on a customer's race, nationality, religion, and ethnicity.

### Restoring trust

Wells Fargo is committed to rebuilding trust with our customers and has made substantial improvements over the last year including, but not limited to:

EX006/L49/co10384962/co10403552/clAPP

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801

Najafpir
October 2, 2020
Page 3

- Increased transparency by making system and process enhancements
- Conducting independent reviews of our retail sales practices

We recognize there's more work to be done and our efforts are ongoing. We remain focused on helping our customers succeed financially and apologize your trust in us has been tested. We encourage you to visit our website at www.wellsfargo.com/commitment/ to learn more about the actions we're taking.

**Customer service and communication**

We apologize you did not receive the service or communication you expected and any frustration these matters may have caused you. We understand that better expectations and communication could have been set. We've notified management to review and take action as appropriate with the individuals involved with this loan transaction.

We want to thank you for taking the time to share your experience with us. Your specific feedback allows us to evaluate our servicing practices and take action as appropriate. We strive to provide clear communication to our customers throughout the entire loan process. We appreciate your business and are committed to providing you with high-quality service.

**Going forward**

Thank you for being a valued Wells Fargo customer for the last 15 years. We value your feedback and appreciate the time and effort you took to contact us. It's been my goal to fully address the concerns you've brought to our attention.

If you have any questions or would like to request additional documents that support our research, I'm here to help. You may reach me directly at 1-800-853-8516, extension 1335621503. I am available to assist you Monday through Friday, 8:00 a.m. to 5:00 p.m. Central Time. If you require immediate assistance and I am unavailable, other representatives are available to assist you at 1-800-853-8516, Monday through Friday, 7:00 a.m. to 7:00 p.m. Central Time.

Sincerely,

Gregory Gill
Case Specialist
Home Lending Executive Office

CC:     Consumer Financial Protection Bureau
        Complaint ID: 200822-5391800
        Complaint ID: 200813-5363892

EX006/L49/co10384962/co10403552/clAPP

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801

c5



November 16, 2021

Mohammad Najafpir
4040 Strickland Mine Rd
Placerville, CA 95667

Subject: Resolution to the inquiry received about application number ▆▆▆2745

Dear Mohammad Najafpir:

Thank you for your patience while we looked into your concerns. We've completed our research and are ready to share our findings.

## The application process

You initiated a refinance application on June 19, 2020. At that time, you were issued a Loan Estimate reflecting a total loan amount of $567,800.00 and a 3.375% interest rate. Please know that when processing mortgage applications, we are required to meet all investor requirements to ensure that each loan is saleable and insurable. While we work to make this process as seamless as possible, we have to meet requirements under lending guidelines, as well as financial reform and other regulatory requirements, to document the ability to repay the loan. This includes obtaining documents, gathering information, and the file being reviewed by underwriting.

We value our customers and appreciate your business. In some instances, current customers may believe application processing will be an easier process and we can submit the information from your original application to the new mortgage loan. However, every application must be treated as new, including obtaining updated documents, information and the application going through the underwriting process.

Your application was cancelled on July 7, 2020, as we did not receive any of the required documents from you. You informed us that you wanted to move forward and would supply the required documents. We did issue an updated Loan Estimate dated July 15, 2020, that lowered the interest rate to 3.25% with 0.125 discount points. We never received any of the documents and you were issued a Notice of Action Taken and Statement of Reasons letter on July 17, 2020, stating that your credit application is not complete.

We regret that we were unable to offer you a financial solution that fits your needs, and for any frustration you experienced as a result of the application process. We regret any frustration this experience may have caused and if this information was not properly communicated to you. We also regret that you were unhappy with our previous response.

ORO/co13908544/clAPP

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801

061

Najafpir
November 16, 2021
Page 2

## Concerns about pricing

We reviewed your concern about the special pricing interest rate and why you did not qualify for the 3.00% the website was offering. We take strides to ensure our customers receive the most competitive interest rates and fees when creating their account. We can confirm the online website has specific qualifications that are needing to be met to get that exact rate. Interest rate and origination fees can vary from customer to customer due to many factors including credit scores, loan-to-value ratio (LTV), debt-to-income ratio (DTI), and any other items impacting the overall credit profile of the loan. Rates can also fluctuate on a given day, depending upon current market conditions.

We can confirm that the loan was priced at 3.25% with 0.125 discount points which is within Wells Fargo pricing guidelines. We can confirm at the time of application, you did not lock your rate which can cause the rates/pricing to fluctuate based on the current mark rates/pricing at that given time.

We found no evidence that the special pricing interest rate was cancelled after the promotional offer ended and that no one notified you. We were in constant contact with you throughout the entire application process. We apologize for any frustration this may have caused you.

## Concerns about your business account

We have forwarded your concern about Paycheck Protection Program for your business account, and our Small Business department will respond to you under separate cover.

## How to contact us

We appreciate the time and effort you took to contact us. We accept telecommunications relay service calls. If you have questions or would like to request additional documents that support our research, please contact me at 1-800-853-8516, extension 1335621132. I am available to assist you Monday through Friday, 8:00 a.m. to 5:00 p.m. Central Time. If you require immediate assistance and I am unavailable, other representatives are available to assist you at 1-800-853-8516, Monday through Friday, 7:00 a.m. to 7:00 p.m. Central Time.

Sincerely,

Thomas Clarkson
Case Specialist
Home Lending Executive Office

ORO/co13908544/clAPP

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801

**EXHIBIT  D**

**EXHIBIT  D**

PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS FIRST AMENDED COMPLAINT                    PAGE **31** OF **40**

D1-D7

D1



Wells Ryan Cell
(415) 218-6688

Hi Ryan.
Are you still with wells fargo.
Just curious because I sent
you an email last week
without a response

Feb 19, 2020 10:18 AM

Yes, I'm still with Wells Fargo.
I apologize for the delay in
getting back to you, but
somehow I missed your e-
mail & it got buried in my
inbox

Feb 19, 2020 10:39 AM

I'll reply shortly
Feb 19, 2020 10:40 AM

Any words on the refinancing
yet

Enter message

063



D.2
D2



Wells Ryan, Cell
(415) 218-6838

Any words on the refinancing yet

Mar 11, 2020 12:24 PM

Hi Ryan. Any words on the refinancing yet

Apr 7, 2020 3:28 PM

Sorry for the delay, but there have been a lot of changes recently because of COVID-19 & SIP especially with appraisals

Apr 7, 2020 7:15 PM

I see. What's sip? Is refinancing just like applying for a new loan. Thanks

Apr 7, 2020 9:08 PM

Enter message

064



D3



Wells Ryan. Cell
(415) 218-6838

SIP: Shelter In Place

Apr 7, 2020 9:19 PM

It's stay-at-home order not shelter in place. I think. Is refinancing very time consuming

Apr 7, 2020 9:21 PM

When do you want to start the refinancing work as I'm losing money as we speak. Thank you

Apr 8, 2020 2:09 PM

Unfortunately there is nothing we can do to help you at the moment because we are not doing any interior/ full appraisals at the

Enter message



  

065

D4



Wells Ryan, Cell
(415) 218-6838

Unfortunately there is nothing we can do to help you at the moment because we are not doing any interior/ full appraisals at the moment, so we will have to wait until there is an appraisal product that is acceptable for your specific situation

Apr 14, 2020 11:04 AM

Hi Ryan. Checking for any updates. Customer servicecsays original loan officers should not need all documents again for refi only the customer service will as they have no access to them.



Enter message





Wells Ryan Cell
(415) 218-6838

Hi Ryan. Checking for any updates. Customer servicecsays original loan officers should not need all documents again for refi only the customer service will as they have no access to them. I'm also refinancing the house without the extra unit in the shop. Ivecremoved appliances and will use it as storage only

Jul 9, 2020 9:28 AM

I'm on a conference call until 1:30 & will call you back after

Jul 9, 2020 12:18 PM

Great Thank you

Jul 9, 2020 12:20 PM



Enter message

067



**From:** m.najafi <mail@aasmogtest.com>
**Sent:** Monday, February 10, 2020 4:00 PM
**To:** Dang, Ryan <Ryan.Dang@wellsfargo.com>
**Subject:** Refinanacing

Hi Ryan,

Hope everything is going well with you. Just thought to check with you and see if this is a good time to refinance my loan with better terms and lower interest. Please let me know what you think when you have a minute.

Mohammad

---

If this email was sent to you as an unsecured message, it is not intended for confidential or sensitive information. If you cannot respond to this e-mail securely, please do not include your social security number, account number, or any other personal or financial information in the content of the email. This may be a promotional email. To discontinue receiving promotional emails from Wells Fargo Bank N.A., including Wells Fargo Home Mortgage, click here NoEmailRequest@wellsfargo.com .
Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. All rights reserved. Equal Housing Lender. Wells Fargo Home Mortgage-2701 Wells Fargo Way-Minneapolis, MN 55467-8000

D7

**m.najafi**

| | |
|---|---|
| **From:** | Ryan.Dang@wellsfargo.com |
| **Sent:** | Wednesday, February 19, 2020 10:56 AM |
| **To:** | mail@aasmogtest.com |
| **Subject:** | RE: Refinanacing |
| **Attachments:** | image001.jpg; image002.jpg; image003.jpg; image004.jpg; image005.jpg |

Hi Mohammad,

I apologize again about the delay in getting back to you, so I really appreciate your follow-up.

Although interest rates have come down recently because of the concern over the coronavirus and its impact on the China and global economy, I have to confirm if we're able to help you with a refinance given the unique property type (2-unit log home) and also that our loan amount is technically that of a "Conforming" or "Agency" loan program. We got an underwriting exception for both of these when we helped you with your purchase, but that does not necessarily mean that we will be able to get the same exceptions for a refinance.

I will have to ask and get back to you.

Thank you for your patience and understanding,



Ryan Dang

Home Mortgage Consultant, Leaders Club Member
NMLSR ID 453665

Wells Fargo Home Mortgage | 1700 S El Camino Real, Suite 388 | San Mateo, CA 94402
MAC A0407-031
Tel 650-356-2184 | Cell 415-218-6838 | eFax 877-399-7321

ryan.dang@wellsfargo.com | http://www.wfhm.com/ryan-dang

1

069

# EXHIBIT F

# EXHIBIT F

Complaint Detail



Due to the nationwide impacts of the coronavirus (COVID-19), it may take us longer than usual to answer your call.

We are still processing complaints and you can check the status of an existing complaint online.

 Consumer Financial
Protection Bureau
(https://www.consumerfinance.gov/)

❮ All complaints (.)

1800

CLOSED

 Submitted

**STATUS**
Submitted to the CFPB on 8/21/2020

**PRODUCT**
Mortgage

**ISSUE**
Applying for a mortgage or refinancing an existing mortgage

We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or

- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or

- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

I'm having a very hard time to get the Wells Fargo (WF) to refinance (refi) my existing loan that's also finance by Wells Fargo. I have no doubts that this is caused by discrimination based on my nationality and religion. I have been a WF Business and personal customer for the past 15 years, with credit score of 820 and never been behind in making my mortgage payments. I was pre-approved by the WF in August of 2018 for the home purchase price of

$920,000 by local WF home mortgage specialist Ryan Dang. I finally found a house for $850,000. I was a first time home buyer and this home was going to be a single family/primary residence. My loan was approved as a Single Family residence with the Interest Rate of 3.625% on July 16th, 2019. A few days later Mr. Ryan Dang contacted me and informed me that the Underwriters (management, since loans are written internally by the WF itself) have informed him that they could not go forward with the 3.265% interest and it should be at least 4.5% because my property had a 2nd guest quarter in it. I told him that the 2nd quarter was a permitted legal unit and was very common in the properties in that area. I asked him if it was possible to put down more down payment to reduce the IR, he said no because then the loan amount will drop to below $595,000 and that will put me in the conventional loan bracket making it hard for WF to sell it to Fannie Mae/Freddie Mac as investors don't like these types of loans. So he recommended not increase the down payment if I wanted the best rate. Given that the contingency with the seller could not be extended anymore and Mr. Dang had asked me this was the best WF could do and "take it or try some other lender", I agreed with the new 4.5% rate and completed the purchase on August 8th, 2019. During the Coronavirus and the drop in the prime IR, I tried contacting Mr. Dang again in April 2019, using phone, email and text to see if we could re-finance for better I.R. but there was no response. I finally contacted the WF customer service and they contacted Mr. Dang to respond. Mr. Dang replied by saying: "sorry we're not able to do anything for you because we don't have any appraisal product for you". Not understanding what he was saying, I contacted the mortgage customer service and they asked Nancy Walker to help me on June 18th, 2020. She told me that she could not understand why the rate was 4.5% for a single family conventional loan. I commented that the original loan rep. Mr. Dang said it was because the property had a guest quarter. She said well the loan is still a single family conventional and that she was aware what type of property we were talking about as she was looking at my file and was looking at the house too. She said: "...I know what it has and what it doesn't have...based on my experience it should be single family conventional loan..." She said she could definitely get me a better rate of around 3.2% if I could reduce the loan amount to $567,000. I immediately made a payment of $25,000 to my mortgage account bringing the balance to $561,000. Ms. Walker took the re-financing application on the phone on June 19th, 2020 and uploaded required documents to my Loan-tracker page about 2 days later. At this point, I contacted Mr. Dang and told him that the 4.5% interest rate seemed pretty high to Ms. Walker. He replied: "Ms. Walker doesn't know the situation of your property. The best rate WF currently offering you would be 4.43%!! Let me call her and tell her this..." From this point on Ms. Walker completely changed. She would not answer her phone or returning my voicemail messages. After noticing some 18 different requested documents except the Loan Estimate, I sent Ms. Walker an email on June 23rd, 2020, email address was provided to me by herself when she emailed me her contact information, asking her to trim some of the requested documents as they seem to be redundant such as multiple requests to "verify Bank accounts" when all my accounts are with W.F. and especially when they were not required during the original loan process and that the uploaded documents to my loantracker did not have the loan estimate as a result I could not sign the Letter of Intent to Proceed because I did not know what I was proceeding on. She never replied to my email. On or about July 8th, I logged

071

into my loan tracker to if any changes have occurred but noticed my application had been deactivated. I finally got hold of Ms. Walker with the help of a customer service rep. and she said she never got my email. I asked her to remove some duplicate documents and upload the Loan Estimate. She said she was going to email me the Loan Estimate and she did. Loan estimate was acceptable and I asked her to reactivate the application. She said it was going to take several days to reactivate the application as it must be approved by the management. On July 14th, 2020 I received a notice from Ms. Walker dated July 7, 2020 stating that "As you requested, we've cancelled your loan application listed above…". This was the only request that I never made and conversely I was doing everything I could to keep the application open/reactivated and finalize it but she decided to put words in my mouth in such an obvious and brazen way. About 2 days later application was reactivated but the Loan Estimate was substantially higher than the estimate she had just emailed me. The I.R. had gone up to 3.35%, the Origination charges had gone up from $647 to $2019 and 0.125 in points or an additional $709.00. I sent her an email requesting explanation as to why the uploaded Loan Estimate was much higher than what she originally emailed me and she said she was going to correct it and upload a new Estimate. The uploaded new Estimate had reduced the Interest rate from 3.35% to 3.25% but had left the origination Charges and the $709 in points unchanged. Meanwhile I had uploaded all the requested documents except signing the Intent to Proceed Letter as I did not know what the Loan Estimate was going to be. On July 16, 2020 Ms. Walker in her email recommended closing this application and opening a new application because only then she could get me better rates. We set up a time for Friday July 17th at 9:00 a.m. for her to take a new application on the phone but she never called and later in her email said she did not see the "a.m." and thought I was talking about 9 p.m. which would've been too late for her on the east coast. She called me on July 17th about 4:00 p.m. pacific time instead and said the time for this application is up. "the time is up, the time is up" she said. I commented that even if we assume 30-days is the time limit we still had 3 more days. She thought a little bit and said yes you right. I asked to speak with her supervisor and she put me in touch with Timothy J. Gatto who turned out to be just another customer service rep. and went ahead to deactivate the application again. Mr. Gatto called me on July 20th and said: "hey, what can I do for you"! ( on a recorded line) I explained the situation and he asked me to email him the copy of Ms. Walker's estimate and said he'll look into it and email me a new Estimate Loan. On July 21st, 2020 I received a new Estimated Loan and the only difference was the .125 point charge of $709 had been removed but Origination Charges had increased by about $1400 compared to Ms. Walker's original estimate and about $120 more than the estimated loan uploaded by Ms. Walker to my loantracker. Mr. Gatto also stated in his email: "if you want to shop around with other lenders, I completely understand…". Meaning take it or get lost. Later I spoke with Nick Martindale, a supervisor, who agreed with me that I was being overcharged but could not do anything as to not contradict his managers and possibly lose his job. So as a result, I'm still paying 4.5% interest when Wells Fargo's own website has the mortgage Interest rates listed as 2.875% with APR of 2.967% for single family residential and unable to re-finance due to lack of cooperation from the bank and their eagerness to waste time, run the clock out and then happily close the application and move on. Other lenders have stated that original lending banks often offer rates lower than their stated rates for their

072

good long time customers in good standing and require minimum documents if any. Wells Fargo management (disguised as underwriters) first over-charged and then stalled my refinancing application while in the middle of various nationwide class-action law suits for same offenses, fraud, over-charging, discrimination against blacks and Hispanics, offering financial incentives to their employees to stall applications and so on. This racial profiling of mortgage applicants appears to be the policy of the Wells Fargo and implemented by their managers. Their internal audit should clearly show their executives that people with foreign names tend to pay higher rates, for example and they wait until the investigators bring it to their attention then they act like they know nothing about it.

ATTACHMENTS

WELLS_LOAN ESTIMATES.pdf (5.8 MB)

WELLS_APPLICATION CLOSED.pdf (3.6 MB)

WELLS_EMAILS.pdf (7.2 MB)

wells_mortgage history.pdf (377.9 KB)

View full complaint ✚

## Sent to company

STATUS

Sent to company on 8/21/2020

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## Company still working

STATUS

Company response is in progress as of 9/3/2020

The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

---

## COMPANY'S INTERIM RESPONSE

We've established contact with our customer, Mohammad Najafpir. We'll need additional time to ensure we fully address all of the concerns brought to our attention and provide a thorough response. We appreciate your patience as we finalize our research.

## Company responded

**STATUS**

Company responded on 10/2/2020

**RESPONSE TYPE**

Closed with explanation

## Company's Response

Thank you for speaking with me about your concerns with your application process. I appreciate the opportunity to help you. We've reviewed this matter and are providing you with our response. We have confirmed that you initiated a refinance application number ████2745 on June 19, 2020. At that time, you were issued a Loan Estimate reflecting a total loan amount of $567,800.00 and a 3.375% interest rate. Your application was cancelled on July 7, 2020, as we did not receive any of the required documents from you. You informed us that you wanted to move forward and would supply the required documents. We never received any of the documents and you were issued a Notice of Action Taken and Statement of Reasons letter on July 17, 2020, stating that your credit application is not complete. We have no evidence that our interest rates are adjusted based on a customer's race, nationality, religion, and ethnicity. We have reviewed your concern and, respectfully, found no evidence of unlawful discrimination or violation of your civil rights. We respectfully decline your request for $1,500,000.00 in punitive damages. We have confirmed that all documents requested were necessary to move your application forward. We apologize you did not receive the service or communication you expected. I'm glad we spoke about your concerns. I appreciate the opportunity to help you, and I've attached a copy of our response.

**ATTACHMENTS**

2b_Najafpir, Mohammad.pdf (334.1 KB)

074

 Feedback requested

**STATUS**
Feedback requested on 10/2/2020

**FEEDBACK DUE**
12/1/2020

Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

 Closed

The CFPB has closed your complaint.

---

Privacy Act Statement

OMB ████0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

An official website of the United States Government

075

# EXHIBIT  G

# EXHIBIT  G

G1    GT-G3

Your actual rate, payment, and costs could be higher. Get an official Loan Estimate before choosing a loan.

## Approximate Loan Cost Illustration

Mohammad Najafpir

4040 STRICKLAND MINE RD
PLACERVILLE, CA 95667

Wells Fargo Bank, N.A.

Generated: July 20, 2020

*Sent by Timmothy J. Gatto*

The information provided below regarding Approximate Cost of Closing Fees, Approximate Total Funds Needed To Close and the Approximate Total Monthly Payment (collectively referred to as Approximate Loan Cost Illustration) are only approximations. The actual fees, costs and monthly payment on your specific loan transaction may vary and may include additional fees and costs. Any credits shown in the Illustration as paid by others (seller lender or 3rd party) are not guaranteed and are dependent on factors outlined during your loan application interview. **This is an Approximate Loan Cost Illustration and is NOT a mortgage loan approval or commitment to lend.**

| APPROXIMATE COST OF CLOSING FEES | Borrower | Seller | Lender | Third Party |
|---|---|---|---|---|
| Total Origination Charges | $2,118.14 | $0.00 | $0.00 | $0.00 |
| Appraisal | $513.00 | $0.00 | $0.00 | $0.00 |
| Credit Report | $16.46 | $0.00 | $0.00 | $0.00 |
| Title-Closing/Escrow | $450.00 | $0.00 | $0.00 | $0.00 |
| Title-Document Prep | $60.00 | $0.00 | $0.00 | $0.00 |
| Title-Lender's Policy | $925.00 | $0.00 | $0.00 | $0.00 |
| Title-All Endorsements | $25.00 | $0.00 | $0.00 | $0.00 |
| Title-Recording Service | $25.00 | $0.00 | $0.00 | $0.00 |
| Recording Fees | $353.00 | $0.00 | $0.00 | $0.00 |
| Total: | $4,485.60 | $0.00 | $0.00 | $0.00 |

*May include fees represented by temporary buydown funds. discount point charges or credits, or a combination (if applicable).

| APPROXIMATE COST OF PREPAID INTEREST AND ESCROW/RESERVES | Borrower | Seller | Lender | Third Party |
|---|---|---|---|---|
| Interest for 8 days @ 50.56 per day | $404.48 | $0.00 | $0.00 | $0.00 |
| Real Estate Tax Escrow | $0.00 | $0.00 | $0.00 | $0.00 |
| Insurance Escrow | $0.00 | $0.00 | $0.00 | $0.00 |
| 1st Year Insurance Premium | $0.00 | $0.00 | $0.00 | $0.00 |
| Real Estate Taxes Due at Closing | $0.00 | $0.00 | $0.00 | $0.00 |
| Total: | $404.48 | $0.00 | $0.00 | $0.00 |

| APPROXIMATE BORROWER FUNDS NEEDED TO CLOSE | |
|---|---|
| Purchase Price/Total Liens to be paid | $567,800.00 |
| Earnest Money | $0.00 |
| Total Loan Amount | $(567,800.00) |
| Secondary Financing Amount | $0.00 |
| Approximate Borrower Paid Closing Fees | $4,485.60 |
| Approximate Borrower Paid Prepaid Items/Reserves | $404.48 |
| Total Approx Borrower Funds to Close: | $4,890.08 |

| APPROXIMATE TOTAL MONTHLY PAYMENT: | |
|---|---|
| Interest Rate | 3.250% |
| APR | 3.287% |
| Maturity Term: 30 years 0 months | |
| Loan Type: Conventional | |
| Product: Fixed Rate Mortgage | |
| Principal & Interest (or Interest Only) | $2,471.11 |
| Other Financing (P&I) | $0.00 |
| Real Estate Taxes | $700.00 |
| Insurance | $411.00 |
| Homeowners Association (if appl) | $0.00 |
| Mortgage Insurance (if appl) | $0.00 |
| Total Approx Monthly Payment: | $3,582.11 |


LENDER

HCFG-00457
Approximate Loan Cost Illustration

TIMOTHY JACOB GATTO (NMLSR: 1024188)
2020072017.1.0.4574-J20180523Y

1339080620201

Page 1 of 1

076

# EXHIBIT  K

# EXHIBIT  K

KG

**mnajafi@aasmogtest.com**

---

| | |
|---|---|
| **From:** | Kahn, Brian A. <BKahn@mcguirewoods.com> |
| **Sent:** | Wednesday, July 6, 2022 3:23 PM |
| **To:** | mnajafi@aasmogtest.com |
| **Cc:** | Gardner, Jasmine K. |
| **Subject:** | Najafpir/Wells Fargo (6.22.2022 letter to Wells Fargo and 7.6.2022 phone call) |

Mr. Najafpir,

Thank you for taking the time to speak with us today. As we discussed, Wells Fargo has retained our firm to assist it with respect to the issues raised in your letter dated June 22, 2022 ("Letter"). In your Letter, you stated that if you had not heard from Wells Fargo by July 8, that you would proceed with filing your draft complaint. We appreciate you granting Wells Fargo an extension to respond to your Letter, up through August 15. Since you are not represented by an attorney, we will contact you directly regarding Wells Fargo's response to your Letter. We look forward to working with you.

Thanks,

Brian

**Brian A. Kahn**
Partner
McGuireWoods LLP
201 North Tryon Street
Suite 3000
Charlotte, NC 28202-2146
T:  +1 704 343 2351
M: +1 704 604 0171
F:  +1 704 444 8869
bkahn@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com

☒

---

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

KG

1

**K1**

**mail@aasmogtest.com**

---

**From:** mail@aasmogtest.com
**Sent:** Monday, March 6, 2023 6:12 PM
**To:** 'Kahn, Brian A.'
**Subject:** RE: Najafpir vs wells fargo

Mr. Kahn,
     I need a copy of the draft Complaint.  I need to send you a revised one.  I requested this from Jasmine a few days ago but still haven't heard from her.
Thank you
Mohammad

---

**From:** Kahn, Brian A. [mailto:BKahn@mcguirewoods.com]
**Sent:** Thursday, December 15, 2022 1:59 PM
**To:** m.najafi
**Subject:** RE: Najafpir vs wells fargo

Mr. Najafpir,

Thank you for your email. As we discussed on the phone in November and in letters exchanged prior to that discussion, we investigated your concerns and have found no evidence of discrimination. As we discussed during our phone call, if you can provide a specific number that represents the alleged harm you incurred, we will take that back to our client to see if we can resolve the matters raised. In the meantime, we can offer you $5,000 to resolve these matters. If you accept this offer, we will prepare a settlement agreement for your execution. Please let us know.

Thanks,

Brian.

**Brian A. Kahn**
Partner
McGuireWoods LLP
201 North Tryon Street
Suite 3000
Charlotte, NC 28202-2146
T:  +1 704 343 2351
M: +1 704 604 0171
F:  +1 704 444 8869
bkahn@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com

☒ ─────────────────

---

**From:** m.najafi <mail@aasmogtest.com>
**Sent:** Wednesday, December 07, 2022 8:19 PM

 **K1**

1

K2

**mail@aasmogtest.com**

---

| | |
|---|---|
| **From:** | mail@aasmogtest.com |
| **Sent:** | Saturday, March 4, 2023 11:18 AM |
| **To:** | 'Gardner, Jasmine K.' |
| **Subject:** | RE: Wells Fargo's Response to Mr. Najafpir's 9/10/22 Letter |

Hello Jasmine,
Would you please send me a copy of the draft complaint, by email or regular mail.  I'll be sending you a revised one instead.
Thank you so much

---

**From:** Gardner, Jasmine K. [mailto:JGardner@mcguirewoods.com]
**Sent:** Friday, October 28, 2022 5:33 AM
**To:** mail@aasmogtest.com
**Cc:** Kahn, Brian A.
**Subject:** RE: Wells Fargo's Response to Mr. Najafpir's 9/10/22 Letter

Sounds good, have a good weekend.

Jasmine

**Jasmine K. Gardner**
Associate
McGuireWoods LLP
T: +1 704 343 2262 | M: +1 757 536 2324
jgardner@mcguirewoods.com

---

**From:** mail@aasmogtest.com <mail@aasmogtest.com>
**Sent:** Friday, October 28, 2022 3:51 AM
**To:** Gardner, Jasmine K. <JGardner@mcguirewoods.com>
**Subject:** RE: Wells Fargo's Response to Mr. Najafpir's 9/10/22 Letter

**EXTERNAL EMAIL: use caution with links and attachments**

Yes I should be, will email as soon as I'm ready to set up a time.
Mohammad

---

**From:** Gardner, Jasmine K. [mailto:JGardner@mcguirewoods.com]
**Sent:** Thursday, October 27, 2022 9:11 PM
**To:** m.najafi

K2

1

K3

**mail@aasmogtest.com**

---

**From:**      mail@aasmogtest.com
**Sent:**      Friday, May 12, 2023 1:56 PM
**To:**        BKahn@mcguirewoods.com
**Subject:**   Copy of the complaint

Mr. Kahn,
        This is my second request.  I need a copy of the draft Complaint.  I need to send you a revised one.  I also left a message for jasmine on Friday and sent her an email.
This is how eager and cooperative the defendant was and I may have to add this matter to the complaint.

Thank you

Mohammad Najafpir

K3

August 6, 2019

L1



Mohammad Najafpir
848 EDGEHILL DR
BURLINGAME, CA 94010

**Subject:** Your Commitment Letter

Dear Mohammad Najafpir:

Congratulations! We're happy to tell you that your loan application has been approved based on the terms and conditions included in this Commitment Letter so please be sure to read all the information carefully.

## You're just a few steps away

Additional documents are needed in order to complete the final underwriting and funding of your mortgage loan. These documents, along with terms and conditions, are explained on the following pages. Please remember that we must receive all documentation required in this Commitment Letter. It's important to submit your required documentation as quickly as possible to ensure an on-time closing.

## Don't change a thing

Our loan commitment to you is based on the product and terms we discussed, as well as information you provided, including your current income, credit rating, debts and property condition. Please do not apply for additional credit until your loan is closed, as this may affect the approval of your loan.

## Contact Information

We understand that some of the requirements and conditions may sound confusing or technical. All the help you need is just a phone call away.

**Name:** Ryan Dang
**NMLSR ID:** 453665
**Phone:** 650-356-2184

## Information to keep at hand

Here are some important facts about your loan, terms and expiration dates. Please refer to this section when contacting us.

| | | | |
|---|---|---|---|
| Customers: | Mohammad Najafpir | Product: | Fixed Rate Mortgage |
| Loan Number: | XXXXXX0099 | Loan term/loan purpose: | 360 months/Purchase |
| Property Address: | 4040-4042 Strickland Mine RD, PLACERVILLE, CA 95667 | Interest rate/APR: | 4.500%/4.500% |
| Occupancy: | PrimaryResidence | Monthly payment amount: (Includes principal and interest, plus taxes and insurance if escrowed) | $3,014.78 |
| Property type: | SingleFamily | | |
| Sales price/loan amount: | $850,000.00/$595,000.00 | This letter expires: | August 19, 2019 |
| | | Rate lock-in expiration date: | August 12, 2019 |

\* This APR is an estimate based on information we have at this time. This APR is not a committed term under this commitment letter, and it can change based on factors such as changes in third party fees or the terms of your loan.

On behalf of the entire Wells Fargo Bank team, thank you for choosing us for your home financing needs.

Sincerely,

Jerald Banwart
EVP, Head of Retail Fulfillment

HCFG-00089
Commitment Letter

2019080517.1.0.4574-J20180529Y

969335619205

Page1 of 5

079

# EXHIBIT M

# EXHIBIT M

M-1



AmeriHome
mortgage

December 8, 2021

MOHAMMAD NAJAFPIR
4040 STRICKLAND MINE RD
PLACERVILLE CA 95667

Loan Number: 0173049727

## Notification of Assignment, Sale or Transfer of Your Mortgage Loan

The ownership of your first lien mortgage loan on 4040 STRICKLAND MINE RD, PLACERVILLE, CA 95667 with an original principal balance of $548,250.00 was transferred to AmeriHome Mortgage Co. LLC effective 11/18/2021.

The assignment, sale or transfer of the mortgage loan noted above does not affect any term or condition of your Mortgage, Deed of Trust or Note.

Additionally, the transfer(s) of ownership of your mortgage loan has not been publicly recorded in the office of public land records or the recorder of deeds office for the county or local jurisdiction where the property is located. Please retain a copy of this notice for your records.

You should also know that if you send payments to NETWORK CAPITAL FUNDING CORPORATION after 01/01/2022 they may be returned to you. All correspondence and inquiries concerning your mortgage loan should continue to be addressed to AmeriHome Mortgage Company, LLC.

**AmeriHome Mortgage Company, LLC**
Customer Service (Loan Administration): Phone (855) 501-3035 Hours: 8:30 AM - 10:00 PM ET, Monday through Friday.

| Correspondence Address: | Payment Address: |
|---|---|
| AmeriHome Mortgage Company, LLC<br>PO Box 77404 Ewing, NJ 08628 | AmeriHome Mortgage Company, LLC<br>PO Box 11733 Newark, NJ 07101-4733 |

We are required by law to provide you this notice, however should you have any questions regarding this notice, please contact AmeriHome at: **(855) 501-3035**

**Disclosure Regarding Partial Payments**
Your lender does not accept partial payments. Please do not send partial payments (a payment that is less than the full amount due for your regularly scheduled monthly payment) as they may be returned to you. If your loan is sold again, the new lender may have a different policy. If you have specific questions regarding partial payments, please contact AmeriHome at the contact information above.

CB404

AmeriHome Mortgage Company, LLC
1 Baxter Way, Suite 300
Thousand Oaks, CA 91362-3888
747.800.4220, Toll Free 888.469.0810
NMLS ID 135776

600284 000017138 09SP02 00064001

M2



We make home possible

1-800-373-3343   Corporate Headquarters
FreddieMac.com  8200 Jones Branch Drive
McLean, VA 22102

December 22, 2021

0020591  SP        8634     -C01-P20591-I

Mohammad Najafpir
4040 Strickland Mine Rd
Placerville, CA 95667

## Borrower Notification: Freddie Mac Has Purchased Your Mortgage Loan

This letter is for informational purposes only. No action is required on your part.

### What You Need to Know

1. Your mortgage loan on 4040 STRICKLAND MINE RD, PLACERVILLE, CA 95667 was sold to Freddie Mac on December 9, 2021. Selling mortgage loans to Freddie Mac is a standard part of the mortgage business for many of the nation's mortgage lenders. The sale of your mortgage loan to Freddie Mac does not affect any term, payment, or condition of the mortgage, deed of trust, or note.

2. Your Servicer is the company to which you currently make your mortgage payments. This may or may not be the same company who made your mortgage loan. Your Servicer at the time of this notification is AMERIHOME MORTGAGE COMPANY, LLC, CUSTOMER SERVICE DEPARTMENT PO BOX 77404, EWING, NJ 77404, (855) 501-3035.

3. If your name(s) or address requires any corrections, or if you have any questions about your loan or your payments, please contact your Servicer.

4. Please continue to make your payments to your current Servicer as you do today. When or if there is a change in who collects your payments, your Servicer will contact you and provide necessary guidance. Do not send your mortgage payments to Freddie Mac, as we do not service mortgage loans.

5. Partial Payment
   Freddie Mac's partial payment policy permits the Servicer to do any of the following:
   - it may accept a partial payment (a payment that is less than the full amount due) and apply it to your mortgage loan,
   - it may hold a partial payment in a separate account until you pay the rest of the payment, and then apply the full payment to your mortgage loan, or
   - it may refuse to accept any partial payments.

   If you wish to make a payment that is less than the full amount due for your regularly scheduled monthly payment, you may contact your Servicer to discuss how it will treat a partial payment from you.

   If this loan is sold, your new lender/owner may have a different partial payment policy.

6. Please keep a copy of this notice with your other mortgage documents because the sale of your mortgage loan to Freddie Mac has not been publicly recorded.

If you have questions regarding this notice, visit our online FAQs at:
http://myhome.freddiemac.com/own/borrower_notification_letter_faqs.html

Written inquiries should be addressed to 8200 Jones Branch Drive, McLean VA, 22102, Attention: Borrower Contact Unit, Mail Stop A29.

**Una versión en español de esta carta está disponible en nuestro sitio web:**
https://sf.freddiemac.com/content/_assets/resources/pdf/forms/borrower-1st-notice-template_spa_final.pdf

009139075

8634-01-00-0020591-0001-0020591

4-720-65027-0025265-006-1-100-010-000-000

 **REGIONS** P.O. Box 18001
Hattiesburg, MS 39404-8001

M-3



4-720-65027-0025265-006-1-100-010-000-000

MOHAMMAD NAJAFPIR
4040 STRICKLAND MINE RD
PLACERVILLE CA 95667-8277

October 11, 2022

# Welcome to Regions

Dear Mohammad Najafpir

Loan Number 1898165410
Property Address: 4040 Strickland Mine
Placerville CA 95667

We're writing to welcome you to Regions, one of the nation's leading residential mortgage lenders and servicers. It is our goal to ensure that you will receive the prompt and efficient service you expect.

To make sure we are off to a great start, a Regions customer service representative will call you soon at the primary number we have for you: (650)771-8865. During the call, the Regions representative will verify the information we have on record. This will help make future interactions more effective and convenient for you. If the number above is incorrect, please update your information online at regionsmortgage.com or call us at 1-800-986-2462, Monday – Friday from 7 a.m. to 6 p.m. Central Time.

We also encourage you to visit regionsmortgage.com for a fast, easy, and convenient connection to all your mortgage information. After you enroll, you will have access to an array of information such as last payment received, next payment due date, loan balances, and much more. You can also sign up for electronic statements, make a payment, or contact us with questions. If you do not wish to sign up for electronic statements, your statements will be mailed to you. Please review your statement and contact us if you feel any information is incorrect or does not appear as expected.

We offer a payment draft program designed to save you time and money at no additional cost. To take advantage of this service, simply complete and return the Automatic Draft Authorization Form found in this package or sign up at regionsmortgage.com.

For your convenience, enclosed are the following:
• Frequently-Asked Questions and Answers
• Regions Privacy Pledge
• Automatic Draft Authorization Form
• Quick reference guide for easy, convenient ways to contact us or to make a payment

If we may be of any assistance, please visit our website at regionsmortgage.com, call us at 1-800-986-2462, stop by any Regions branch, or write us at PO Box 18001, Hattiesburg, MS 39404-8001. As always, we appreciate the opportunity to serve you.

Sincerely,

*Kelly Swanner*
Kelly Swanner
Customer Service Manager

 **REGIONS**

MEMBER © 2016 Regions Bank. Regions and the Regions logo are registered trademarks of Regions Bank. The LifeGreen color is a trademark of Regions Bank.

# EXHIBIT N

# EXHIBIT N

**mnajafi@aasmogtest.com**

| | |
|---|---|
| **From:** | Courtney Wieters <CourtneyW@networkcapital.com> |
| **Sent:** | Wednesday, October 6, 2021 3:04 PM |
| **To:** | mnajafi@aasmogtest.com |
| **Cc:** | Courtney Wieters; mnajafi@aasmogtest.com |
| **Subject:** | 02210900121239 - Najafpir, Mohammed |
| **Attachments:** | 4506C.pdf |

| **Importance:** | High |
|---|---|

Hello Mr. Najafpir,

Thank you so much for your time on the phone today. I look forward to working with you and hope to make this transaction as smooth as possible. Below is the list of conditions that you and I spoke about. I will confirm with you tomorrow that I have received the documents and will review them for legibility and completeness. Once confirmed to be complete, I will upload to your loan and then we will be waiting for internal documents like the appraisal, title, payoff, etc. Please make sure to pay October mortgage payment so that you are not late. Once we have the appraisal, we can set up a closing date and get you updated disclosure showing the closing estimate. I will reach out again tomorrow to confirm documents, but then have another update for you first thing next week.

Items needed from you:

1. 2 months personal bank statements- all pages please- August & September
2. 3 months business bank statements- all pages please- July, August, & September
3. Profit and Loss, itemized and signed/dated by you, for January 1st through September 20th, 2021.
4. 4506-C for attached to be printed, filled out and signed/dated by you

Thank you!

Sincerely,

*Courtney Wieters*
Closing Processor III | Processing



**Corporate NMLS: 11712**
**3161 Michelson Drive, 5th Floor | Irvine | CA | 92612**
**T: 888.563.8227 x 2541 | F: 833.963.3121**
**E: CourtneyW@networkcapital.com | W: networkcapital.com**

At **Network Capital Funding Corporation** exceptional customer service is our mission. If you have not received this level of service please contact **customerservice@networkcapital.net**.

Please consider your environmental responsibility before printing this e-mail.

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. If you receive this email in error please immediately notify me at 888 563 8227 and permanently delete the original email (and any copy of any email) and printout thereof. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Network Capital Funding Corporation. Email



# Closing Disclosure

This form is a statement of final loan terms and closing costs. Compare this document with your Loan Estimate.

## Closing Information

| | |
|---|---|
| Date Issued | 10/26/2021 |
| Closing Date | 11/1/2021 |
| Disbursement Date | 11/5/2021 |
| Settlement Agent | Unisource Escrow |
| File # | UNLS464633 |
| Property | 4040 Strickland Mine Rd Placerville, CA 95667 |
| Appraised Prop. Value | $1,058,000 |

## Transaction Information

| | |
|---|---|
| Borrower | Mohammad Najafpir 4040 Strickland Mine Rd Placerville, CA 95667 |
| Lender | Network Capital Funding Corporation |

## Loan Information

| | |
|---|---|
| Loan Term | 30 years |
| Purpose | Refinance |
| Product | Fixed Rate |
| Loan Type | ☒ Conventional ☐ FHA ☐ VA ☐ _____ |
| Loan ID # | 02210900121239 |
| MIC # | |

## Loan Terms

| | | Can this amount increase after closing? |
|---|---|---|
| Loan Amount | $548,250 | NO |
| Interest Rate | 2.875 % | NO |
| Monthly Principal & Interest *See Projected Payments below for your Estimated Total Monthly Payment* | $2,274.65 | NO |
| | | **Does the loan have these features?** |
| Prepayment Penalty | | NO |
| Balloon Payment | | NO |

## Projected Payments

| Payment Calculation | Years 1-30 |
|---|---|
| Principal & Interest | $2,274.65 |
| Mortgage Insurance | + 0 |
| Estimated Escrow *Amount can increase over time* | + 0 |
| **Estimated Total Monthly Payment** | **$2,274.65** |

| | | This estimate includes | In escrow? |
|---|---|---|---|
| Estimated Taxes, Insurance & Assessments *Amount can increase over time* *See page 4 for details* | $1,231.91 Monthly | ☒ Property Taxes | NO |
| | | ☒ Homeowner's Insurance | NO |
| | | ☒ Other: Hoa Dues | NO |
| | | *See Escrow Account on page 4 for details. You must pay for other property costs separately.* | |

## Costs at Closing

| | | |
|---|---|---|
| Closing Costs | $4,355.38 | Includes $3,054.00 in Loan Costs + $1,301.38 in Other Costs - $0 in Lender Credits. *See page 2 for details.* |
| Cash to Close | $7,406.47 | Includes Closing Costs. *See Calculating Cash to Close on page 3 for details.* ☒ From ☐ To Borrower |



Return Mail Operations
PO Box 10368
Des Moines, IA 50306-0368

N3

000024 /N/936

 MOHAMMAD NAJAFPIR
4040-4042 STRICKLAND MINE RD
PLACERVILLE CA 95667



November 10, 2021

RE:  Client            936
Loan number        0513770099

Mortgagor(s)       Mohammad Najafpir

Subject: We've received funds to pay off this loan
Property address      4040 Strickland Mine Rd
                      Placerville CA 95667

We're pleased to let you know that we've received the funds to pay off this loan. You'll find more information in this letter about the payoff process and next steps.

**What you need to know**
- This loan will be paid off when the payoff funds have cleared and we've accepted them.
- If the funds we received were too much, we'll send you a check for the extra amount. If you had an escrow account, we'll send you a check for the extra amount plus any funds remaining in the escrow account. You should receive the check within 30 days.
- We'll send the loan satisfaction documents to the county recorder to release the lien.
- In January 2022, we'll mail you an annual tax and interest statement.

**What you need to do**
- If you're changing your address, please contact us right away. We need your correct mailing address to send documents, year-end tax information, and any refunds that may be due.

**We're here for you**

If you have any questions or need further assistance, please call us at 1-800-222-0238, Monday through Friday, 6:00 a.m. to 10:00 p.m. or Saturday, 8:00 a.m. to 2:00 p.m. Central Time.

Whenever you're ready to purchase or refinance a home, we're here to help you every step of the way. If you're interested in learning about the other products and services we offer, please visit us at wellsfargo.com.

Wells Fargo Home Mortgage

N3

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A.

# EXHIBIT   Q

# EXHIBIT   Q

PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS FIRST AMENDED COMPLAINT                    PAGE **38** OF **40**





**FreddieMac**

a make home possible

1-800-373-3343    Corporate Headquarters
FreddieMac.com    8200 Jones Branch Drive
McLean, VA 22102

December 22, 2021



0020591  SP        8634    -C01-P20591-I

Mohammad Najafpir
4040 Strickland Mine Rd
Placerville, CA 95667

## Borrower Notification: Freddie Mac Has Purchased Your Mortgage Loan

This letter is for informational purposes only. No action is required on your part.

### What You Need to Know

1. Your mortgage loan on 4040 STRICKLAND MINE RD, PLACERVILLE, CA 95667 was sold to Freddie Mac on December 9, 2021. Selling mortgage loans to Freddie Mac is a standard part of the mortgage business for many of the nation's mortgage lenders. The sale of your mortgage loan to Freddie Mac does not affect any term, payment, or condition of the mortgage, deed of trust, or note.

2. Your Servicer is the company to which you currently make your mortgage payments. This may or may not be the same company who made your mortgage loan. Your Servicer at the time of this notification is AMERIHOME MORTGAGE COMPANY, LLC, CUSTOMER SERVICE DEPARTMENT PO BOX 77404, EWING, NJ 77404, (855) 501-3035.

3. If your name(s) or address requires any corrections, or if you have any questions about your loan or your payments, please contact your Servicer.

4. Please continue to make your payments to your current Servicer as you do today. When or if there is a change in who collects your payments, your Servicer will contact you and provide necessary guidance. Do not send your mortgage payments to Freddie Mac, as we do not service mortgage loans.

5. Partial Payment
   Freddie Mac's partial payment policy permits the Servicer to do any of the following:
   - it may accept a partial payment (a payment that is less than the full amount due) and apply it to your mortgage loan,
   - it may hold a partial payment in a separate account until you pay the rest of the payment, and then apply the full payment to your mortgage loan, or
   - it may refuse to accept any partial payments.

   If you wish to make a payment that is less than the full amount due for your regularly scheduled monthly payment, you may contact your Servicer to discuss how it will treat a partial payment from you.

   If this loan is sold, your new lender/owner may have a different partial payment policy.

6. Please keep a copy of this notice with your other mortgage documents because the sale of your mortgage loan to Freddie Mac has not been publicly recorded.

If you have questions regarding this notice, visit our online FAQs at:
http://myhome.freddiemac.com/own/borrower_notification_letter_faqs.html

Written inquiries should be addressed to 8200 Jones Branch Drive, McLean VA, 22102, Attention: Borrower Contact Unit, Mail Stop A29.

Una versión en español de esta carta está disponible en nuestro sitio web:
https://sf.freddiemac.com/content/_assets/resources/pdf/forms/borrower-1st-notice-template_spa_final.pdf

009139075

108

0173049727



**AmeriHome mortgage**

NMLS ID 135776

# Welcome to AmeriHome Mortgage!

MOHAMMAD NAJAFPIR                                          December 15, 2021

4040 STRICKLAND MINE RD
PLACERVILLE, CA 95667

Loan Number: 0173049727

Dear MOHAMMAD NAJAFPIR:

Your loan servicing has transferred from NETWORK CAPITAL FUNDING CORPORATION to AmeriHome Mortgage Company, LLC. Welcome to simple, smart home financing!

What you have to look forward to with AmeriHome Mortgage:

*   We're a Top 10 Mortgage Lender* - A distinction we proudly earned in just three years.
*   Expertise - Our Home Loan Experts are trained and licensed in multiple products.
*   A Strong Commitment to You - Access your account or contact us in a variety of ways:
    *   Give us a call at 855-501-3035, Monday through Friday: 8:30 a.m. - 10:00 p.m. ET
    *   Email us at customerservice@loanadministration.com or create an account through our portal to access your balance, payment history, or chat with us online. Register at https://amerihome.loanadministration.com/
    *   Mail us at AmeriHome Mortgage Company, LLC, PO Box 77404 Ewing, NJ 08628

We're here to help! Making timely payments each month prior to the end of the grace period is something every homeowner strives to achieve. If you experience any financial problems in this regard, please contact us immediately so we can be of assistance.

In addition, we want to ensure that you're always getting the most value out of your loan. When we see an opportunity that may benefit you, we'll touch base to review your current mortgage program and discuss your options.

Following are Frequently Asked Questions and more details on what to expect with the transfer of your loan. Should you have any questions, please contact us at 855-501-3035 or visit https://amerihome.loanadministration.com/.

Sincerely,
AmeriHome Customer Service Department

*Inside Mortgage Finance, 2/22/2019

NL015

603380 000022649 09DP06 00064008

Q-3

mnajafi@aasmogtest.com

| | |
|---|---|
| **From:** | Jones, Michaela <mgjones@swlaw.com> |
| **Sent:** | Thursday, March 20, 2025 2:36 PM |
| **To:** | mnajafi@aasmogtest.com |
| **Subject:** | RE: Najafpir v. Wells Fargo (Case No. 4:24-cv-03372-YGR) - Renewed Mediation Discussions |

Mohammad: Thank you for sending over a copy of your amended complaint. I appreciate your comments. I will speak with my Client and follow up with you as soon as possible.

**Michaela Jones**
O: 775.785.5432

**SNELL**
**& WILMER**

**From:** mnajafi@aasmogtest.com <mnajafi@aasmogtest.com>
**Sent:** Tuesday, March 18, 2025 1:27 PM
**To:** Jones, Michaela <mgjones@swlaw.com>
**Subject:** RE: Najafpir v. Wells Fargo (Case No. 4:24-cv-03372-YGR) - Renewed Mediation Discussions

**[EXTERNAL]** mnajafi@aasmogtest.com

Hi Michaela,

As we're waiting response from Chris, I thought I send you a copy of the amended complaint (attached) which will be used in either State or federal court. If Chris doesn't want to respond then we should just move on. He seems to think he has done what he could and that we should just come to a settlement by ourselves or move on. Please let me know what you think.

Mohammad

**From:** Jones, Michaela <mgjones@swlaw.com>
**Sent:** Monday, March 17, 2025 10:43 AM
**To:** Christopher Sullivan <csullivan@sullivanblackburn.com>
**Cc:** mnajafi@aasmogtest.com; Matthew Chesser <mchesser@sullivanblackburn.com>
**Subject:** RE: Najafpir v. Wells Fargo (Case No. 4:24-cv-03372-YGR) - Renewed Mediation Discussions

Hi Chris,

I am following up on my email below. Are you available this week to discuss? Please advise what day/time works best for you and I will make myself available, thank you!

**Michaela Jones**
O: 775.785.5432

1

# EXHIBIT R

# EXHIBIT R



R-1

## *** TIME SENSITIVE NOTIFICATION ***

Ref. : WELLS FARGO BK NA*

3301110004

Contact: (844) 675-6492
Loandrone, Inc.
**NOTICE DATE: July 7, 2021**

Mohammad Najafpir                91
4040 Strickland Mine Rd
Placerville, CA 95667-8277

Subject: Property Address: 4040 Strickland Mine Rd, Placerville CA 95667-8277
**File ID # 3301110004**

Dear Mohammad,

With the recent, sharp drop in mortgage rates, our records indicate that you are eligible for a Rate & Term refinance, that could significantly reduce your mortgage payment and save you thousands of dollars in interest costs. The new mortgage payment on your proposed loan amount of $585,000 could decline to $2,311 using a 30yr. Fixed rate of 2.500% / APR 2.729%.

| Original Loan Amount | Proposed Loan Amount | 30yr. Fixed rate/ APR% | New Monthly Payment |
|---|---|---|---|
| $595,000 | $585,000 | 2.500% / 2.729% | $2,311 |

The Rate & Term refinance process is relatively fast and simple and if your loan funds in August, your first payment may not be due until October 2021. You will also be eligible for a refund of your escrow balance.

If you are willing to start the process for this Rate & Term refinance program, we will need your authorization to proceed. Please call us on (844) 675-6492 for a free consultation. **Rates and Terms are subject to change based on market conditions and borrower eligibility, please respond before August 6, 2021.**

Mortgage Company: Loandrone, Inc.
FILE ID # 3301110004
Contact: (844) 675-6492
NMLS # 1885339

*You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 888-567-8688. See the PRESCREEN & OPT-OUT NOTICE on the back side for more information about prescreened offers.*

30382

*\*Loandrone, Inc. is not associated with your last Lender/ Servicer. Additional Disclosures on the other side*

R-2

**Notice of Rate Reduction**
**RE: Wells Fargo Bank Na**
**Notification Date: 7/16/2021**

**Reference Number: C2921CA00889**

For additional information contact
your service representative
toll-free 800-410-5845

1*1*6***********ALL FOR AADC 956
Mohammad Najafpir
4040 Strickland Mine Rd
Placerville, CA 95667-8277

Mohammad Najafpir,

Your loan funded through Wells Fargo Bank Na has met timeline requirements and has been identified for a rate reduction. Please contact us toll-free 800-410-5845 upon receiving this notice.

Your $595,000 mortgage could have a new monthly payment of $2,389.82 with no minimum credit score and no appraisal required. Loans closing in August 2021 will have a new first payment date of October 1, 2021.

| | |
|---|---|
| **Mortgage Amount:** | $595,000 |
| **New Rate:** | 2.625% / 2.800% APR |
| **New P&I:** | $2,389.82 |
| **New Term:** | 30 year Fixed |

**Estimated Escrow Refund: $7,438**
*Upon funding your loan by Statewide Funding Inc., the estimated remaining escrow balance will be released from your current lender*

Call within 5 days to discuss your options before it's too late. Even if you have been turned down before, Call NOW!

**Call: 800-410-5845**
**Reference: C2921CA00889**

*Phone calls will be processed in the order received and this program is limited to only the beneficiary above and is non-transferable.



EQUAL HOUSING
OPPORTUNITY

**PRESCREENED OFFERS NOTICE:** You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-5-OPTOUT (1-888-567-8688). See PRESCREEN & OPT-OUT NOTICE on the other side for more information about prescreened offers.

See the reverse side for more information regarding this offer.

This offer is made by Statewide Funding Inc. who is not affiliated with your current lender nor is it an agency of the government.

https://www.aasmogtest.com/page4a.html

R-3



### 365 HOME LENDING

**18818 Teller Ave #145**
**Irvine, CA 92612**
**Property ID : 1004-25199**

Mohammad Najafpir
869 California Dr
Burlingame, CA 94010-3604

16  4407

Dear Mohammad,

If you are in the process of refinancing your home, do not proceed until you get a second opinion! 80% of borrowers who obtain an additional quote while shopping for a mortgage can save an additional $3,086! We have reviewed your property and loan scenario and are pleased to pre-approve you for a new mortgage of $548,918 with a new payment as low as $2,063 at a rate of 2.125% (2.45% APR, 30 Year Fixed).

## 2.125% (2.45% APR)
## 30 Year Fixed

★

## $0
## Appraisal

★

## $0
## Origination
## Options

★

## $0
## Processing

★

## $0
## Underwriting

*Call*

## 888-591-5840

| Example Loan Program Options | 30 Year Fixed | 20 Year Fixed | 15 Year Fixed |
|---|---|---|---|
| Loan Rate Options | 2.125% (2.45% APR) | 1.99% (2.26% APR) | 1.75% (1.99% APR) |
| $548,918 | $2,063 | $2,774 | $3,469 |

Call and Lock in your savings today. Cash in hand as fast as 7 days

Call **888-591-5840 or visit** http://mohammad-najafpir.my365loan.com before **10/25/2021** for a competitive offer and start saving more of your hard earned money. Scan your personal QR code below and enter your Property ID to receive your offer quickly.

★ **FIRST MORTGAGE PAYMENT STARTS IN JANUARY 2022**
By calling today, your new mortgage payment will not be due until **January 2022**.



★ **BEST OFFER GUARANTEED**
To remain competitive, we shop numerous banks daily. See why homeowners that call and compare us, always choose us. Rates are at all-time lows, so call today & enjoy the benefits of your savings.


ACCREDITED BUSINESS

You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 888-567-8688. See the PRESCREEN & OPT-OUT NOTICE on the back side for more information about prescreened offers.

Please see the reverse side of the letter for important disclosure information

SMC-iFv012

Re: Wells Fargo Bk NA
Reference: NT3247028

R-4

Mission Loans - NMLS ID 210853

| | |
|---|---|
| Loan Type | 30yr Fixed |
| Current Lender | Wells Fargo Bk NA |
| Last Refinance Date | 08/2019 |
| Current Loan Amount | $595,000[1] |
| Reduced Monthly Payment | $2,429.04[1] |
| New 30-YR Rate | 2.750% (2.781% APR)[1] |
| Loan Purpose | Refinance |

Mission Loans is not affiliated with your lender. The solicitation and loan information is not provided, authorized or sponsored by Wells Fargo Bk NA.

**No Cost - Rate Reduction Notification**

Issued to:    Mohammad Najafpir

42

Address on Record:    4040 Strickland Mine Rd
Placerville CA 95667-8277

||ı|ıı|ıllıllı|ı|ıı||ııı|ıı|ıllııııı|lı|ıı|llııı|||ı|lı||ıllııılıllıı

# Mohammad Najafpir, We are Contacting You Regarding Your $595,000 Loan

Mohammad,

Your property at 4040 Strickland Mine Rd may now be eligible for an interest rate of 2.750% (2.781% APR)[1] with an estimated payment of $2,429.04[1].

And best of all, Mission Home Loans will pay your closing costs[2] saving you thousands of dollars in fees.

*We'll Pay Your Closing Costs[2]:*

- **No Escrow Fees**
- **No Origination Fees**
- **No Appraisal Fees**
- **No Title Fees**

It is important that you contact us toll-free at **833.937.2500** while this offer lasts and be informed of the immediate and long-term options available to you.

**NEW MONTHLY PAYMENT[1]**

# $2,429.04

**30-YEAR FIXED RATE**

## 2.750% (2.781% APR)[1]
## NO Closing Cost!

**LOAN AMOUNT**
# $595,000

## Call Toll-Free
# 833.937.2500

Reference Number: NT3247028

**Mission Loans, Inc.**
**Nationwide Multistate Licensing System and Registry #210853**
19500 Jamboree, Suite 300, Irvine, CA 92612

*Please see reverse for important disclaimers.*

## WE'LL PAY YOUR
## CLOSING COSTS[2]

No Escrow Fees!
No Origination Fees!
No Appraisal Fees!
No Title Fees!

ALT-CONV-174736

RATE CUT NOTIFICATION
Re: WELLS FARGO BANK NA
Rate/APR: 2.625% / 2.799%

R-5

True Path Loans, Inc. is not affiliated with your current lender.

# Your $595,000 loan may qualify for a lower rate!

18331-21_T#34 P#1 AADC B# 45-206304-34-19557

Mohammad Najafpir
4040 Strickland Mine Rd
Placerville, CA 95667-8277

Dear Mohammad,

We are contacting you regarding your high balance home loan in the amount of $595,000. Conventional loan limits have increased which means you can apply for a lower cost, fixed rate loan - **saving you thousands of dollars in interest!**

| 30 YEAR FIXED RATE | |
|---|---|
| **REDUCED INTEREST RATE:** Rate 2.625% (2.799% APR)[1] | **NEW PAYMENT** **$2,389.82**[1] |
| **LOAN AMOUNT:** $595,000 | |

Call **866-575-1648** to apply by 7/30/2021 – to secure this 2.625% rate. Secure your financial future now to find out how we can help!

---

**NEW PAYMENT**

# $2,389.82

## 2.625% / 2.799% RATE & APR

## CALL NOW 866-575-1648

**REFERENCE FUNDING ID:**
C18331-37423

**EXPIRES:**
7/30/2021

---

- **No payment until November 2021[2] -- keep your cash in hand!**
- **Save thousands of dollars with a lower rate!**
- **No or low closing cost options available!**
- **Special Programs for the self-employed with no income verification!**



# Call Now! 866-575-1648

Reference Funding ID: C18331-37423 | **EXPIRES:** 7/30/2021



## P.S. Take 20,000 Cash-Out for only $80.33 a month!



*See reverse for disclaimers.

18331-21

R-6

**\*\*\* TIME SENSITIVE NOTIFICATION \*\*\***

Ref. : WELLS FARGO BK NA\*

||||||||||||||||||||||||||||||||||
3301406378

Contact: (833) 617-1822
Loandrone, Inc.
**NOTICE DATE: July 22, 2021**

Mohammad Najafpir          131
4040 Strickland Mine Rd
Placerville, CA 95667-8277

Subject: Property Address: 4040 Strickland Mine Rd, Placerville CA 95667-8277
**File ID # 3301406378**

Dear Mohammad,

With the recent, sharp drop in mortgage rates, our records indicate that you are eligible for a Rate & Term refinance, that could significantly reduce your mortgage payment and save you thousands of dollars in interest costs. The new mortgage payment on your proposed loan amount of $585,000 could decline to $2,311 using a 30yr. Fixed rate of 2.500% / APR 2.729%.

| Original Loan Amount | Proposed Loan Amount | 30yr. Fixed rate/ APR% | New Monthly Payment |
|---|---|---|---|
| $595,000 | $585,000 | 2.500% / 2.729% | $2,311 |

The Rate & Term refinance process is relatively fast and simple and if your loan funds in August, your first payment may not be due until October 2021. You will also be eligible for a refund of your escrow balance.

If you are willing to start the process for this Rate & Term refinance program, we will need your authorization to proceed. Please call us on (833) 617-1822 for a free consultation. **Rates and Terms are subject to change based on market conditions and borrower eligibility, please respond before August 23, 2021.**

Mortgage Company: Loandrone, Inc.
FILE ID # 3301406378
Contact: (833) 617-1822
NMLS # 1885339

*You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 888-567-8688. See the PRESCREEN & OPT-OUT NOTICE on the back side for more information about prescreened offers.*

37440

*\*Loandrone, Inc. is not associated with your last Lender/ Servicer. Additional Disclosures on the other side*

## VERTEX FINANCIAL GROUP
*Residential Mortgage Specialists*

November 24, 2021

**Mohammad Najafpir**
4040 Strickland Mine Rd
Placerville, CA  95667-8277

39  50

> **Original Loan Terms:**
>
> *Lender: Wells Fargo Bank Na*
> *Loan Date: August 5, 2019*
> *Original Balance: $595,000*

## *Mortgage Limits Increase – Lower Rates Available on Balances up to $625k Lender Pays All Loan Costs*

Dear Mohammad:

When you obtained your loan from Wells Fargo Bk NA you likely were given a higher rate because your balance exceeded the county loan limit. With housing values sharply increasing, your loan balance today is below the new county limit. Coupled with near record low mortgage rates, now is the time to lower your fixed rate with the lender paying all your Loan Costs. Our unique program allows you to transfer your current balance to a lower Fixed Rate. **The lender pays all Loan Costs for you including the appraisal** - they are not rolled into your balance.

Our records show that you obtained your current loan on August 5, 2019 and your estimated balance is **$572,780**.  We may be able to lower your interest rate and payment, with all Loan Costs paid for you by our lender as an incentive to earn your business.

Here are the benefits of our unique program:

- **Lower Your Interest Rate & Payment – Save Money Every Month**
- **Lender Pays All Your Loan Costs - Loan Balance Stays the Same**
- **Take Cash From Your Home Equity – Eliminate High Interest Debt**

Please call or email me to learn more about lowering your fixed rate. I promise no sales pressure, just an objective review of your situation to determine if this makes sense.

Thank you, I look forward to hearing from you.

*Randy Nederman*

Randy Nederman
Senior Residential Mortgage Consultant
Direct: **(720) 746-2221**
Direct Toll Free: **(888) 427-0599**
E-Mail:  **RandyN@VertexMail.com**
Website: **www.vertex-financial.com**



### Who is Vertex Financial Group?

- Lender-Paid Loan Costs since 2000
- Fast, streamlined e-Sign process
- Highly Rated on Yelp & Google
- Professional, trustworthy advice
- Client-focused long term approach

Licensed by the California Dept of Real Estate - DRE01477418. Robin R. Swift, Real Estate Broker. Corp ID-01477418. Officer ID-01440568. NMLS# 280669 LO # 1952480 NMLS # 892968
This document is not intended as an offer to extend credit nor a commitment to lend.
We are not associated with, nor are we acting on behalf of your current lender.

VERTEX FINANCIAL GROUP INC.
640 PLAZA DRIVE, SUITE 120, HIGHLANDS RANCH, CO  80129
TEL:  303-407-0200    TOLL-FREE 877-939-0339    FACSIMILE 303-407-0207    WWW.VERTEX-FINANCIAL.COM
NMLS# 3051
ARIZONA  CALIFORNIA  COLORADO  CONNECTICUT  GEORGIA  IDAHO  ILLINOIS  MARYLAND  OREGON  UTAH  WASHINGTON  WYOMING


